UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
ASSURED GUARANTY MUNICIPAL CORP.        :
f/k/a FINANCIAL SECURITY ASSURANCE      :
INC.,                                   :
                                        :
            Plaintiff,                  :      11 Civ. 2375 (JSR)
                                        :
        -v-                             :      ORDER
                                        :
FLAGSTAR BANK, FSB, FLAGSTAR CAPITAL    :
MARKETS CORP., and FLAGSTAR ABS, LLC,   :
                                        :
            Defendants.                 :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

    This Order is to confirm that, for the reasons stated in open court, see Tr. 9/8/2011, plaintiff Assured Guaranty Municipal Corp. ("AGM") withdrew its "Motion In Limine Regarding the Use of Sampling." The Court notes that AGM's withdrawal of this motion in no way prejudices any party's right to raise, at the appropriate time, the issue of whether AGM may rely on a particular form of sampling evidence to prove its claims. The Clerk of the Court is directed to close document numbered 25 on the docket of this case.

Dated: New York, NY
       September 12, 2011

                                        _____
                                        JED S. RAKOFF, U.S.D.J.