# EXHIBIT TT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------x

ASSURED GUARANTY MUNICIPAL CORP.

f/k/a FINANCIAL SECURITY ASSURANCE, INC.,

                    Plaintiff,


        -against-          11 Civ. 2375 (JSR)


FLAGSTAR BANK, FSB, FLAGSTAR CAPITAL

MARKETS CORP., and FLAGSTAR ABS, LLC,

                    Defendants.

-------------------------------------x

                    December 16, 2011

                    9:14 a.m.


        Videopated deposition of RUSSELL

BREWER, held at the offices of Arnold & Porter,

399 Park Avenue, New York, New York, pursuant to

subpoena, before Barbara Driscoll, a Notary Public

of the State of New York.

```
 1                    BREWER
 2      Q.    -- by the originator of the loans,
 3  correct?
 4            You have to answer verbally.
 5      A.    Yes.
 6      Q.    Since we are using underwriting in two
 7  different capacities, I want to make sure we are
 8  clear on the record.
 9            Why was it important for FSA as part of
10  its pre-transaction decision making process to
11  draw some conclusion as to whether or not the
12  originator had properly underwritten the loans?
13      A.    Well, we are trying to understand the
14  characteristics that the loans have and in -- if
15  we understand those characteristics, it is helpful
16  to figuring out what you think losses might be.
17      Q.    It says in this memo, when FSA -- and
18  now I am back at Brewer 1 on page AGM 77943.  When
19  FSA provides a full guarantee for a transaction, a
20  loan file review will be required.
21            What does it mean in your mind to say
22  when FSA provides a full guarantee for a
23  transaction?
24            MR. SUBRAMANIAN:  Are you asking him
25        his understanding of this memo?
```