# EXHIBIT ZZ

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 11-CV-2375 (JSR)
------------------------------------x

ASSURED GUARANTY MUNICIPAL CORP.,
f/k/a FINANCIAL SECURITY
ASSURANCE INC.,

                Plaintiff,

    -against-

FLAGSTAR BANK, FSB; FLAGSTAR
CAPITAL MARKETS CORPORATION;
and FLAGSTAR ABS, LLC,

                Defendants.

------------------------------------x

                560 Lexington Avenue
                New York, New York

                January 4, 2012
                9:30 a.m.


       VIDEOTAPED DEPOSITION of JOSEPH R. MASON, taken by the Defendants, pursuant to Notice, held at the aforementioned time and place, before Sherri Flagg, a Registered Professional Reporter, Certified LiveNote Reporter, and Notary Public.

```
 1            - J. MASON, Ph.D -
 2    securitizations, did he?
 3        A.   He did make such findings in the
 4    world of banking transactions.
 5        Q.   Can you answer my question yes or
 6    no, sir?
 7            MR. SWANSON:  Read it back,
 8        please.  My question's very simple.
 9            (Requested portion read.)
10        A.   Professor Akerlof did not.
11    Follow-on literature by Allen Berger at the
12    Federal Reserve Board as well as Gary Gordon
13    at Wharton and George Bernanke at University
14    of Illinois, among other authors, did.
15            Professor Akerlof did not seek to
16    extend his theories to every conceivable
17    portion of the economic world, only giving a
18    few representative examples to suggest the
19    universality of his propositions, leaving it
20    to others to extend those to securitization.
21        Q.   You do know, do you not, that
22    Assured did perform due diligence on the two
23    transactions at issue?
24        A.   I don't know anything about
25    Assured's due diligence and I don't opine on
```

```
 1              - J. MASON, Ph.D -
 2     that for my report.
 3          Q.   I just showed you two exhibits
 4     maybe a half an hour or so ago that reflect
 5     those due diligence efforts, and you're
 6     prepared to assume that they took place; are
 7     you not?
 8          A.   I can assume on the basis of those
 9     documents that something took place.
10          Q.   Are you also prepared to assume
11     that Assured insured many more HELOC
12     securitizations than Flagstar ever issued?
13          A.   I have no basis by which to make
14     that assumption.  I have not been asked to
15     look at that and that's not an opinion
16     expressed in my report.
17          Q.   Well, whether it's an opinion
18     expressed in your report or not, you
19     certainly would not be surprised if it were
20     true?
21          A.   I wouldn't find it surprising or
22     unsurprising.  It's not something that I
23     would even put in that category of
24     potentially surprising.
25          Q.   Is it possible that Assured
```