Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000034873 2009 Demand Response Summary Loan XXXX48108 |
| FLAGSTAR 000034876 2009 Demand Response Summary Loan XXXX48884 |
| FLAGSTAR 000034881 2009 Demand Response Summary Loan XXXX49320 |
| FLAGSTAR 000034883 2009 Demand Response Summary Loan XXXX50831 |
| FLAGSTAR 000034891 2009 Demand Response Summary Loan XXXX51144 |
| FLAGSTAR 000034894 2009 Demand Response Summary Loan XXXX51466 |
| FLAGSTAR 000034926 2009 Demand Response Summary Loan XXXX51854 |
| FLAGSTAR 000034928 2009 Demand Response Summary Loan XXXX53579 |
| FLAGSTAR 000034939 2009 Demand Response Summary Loan XXXX53827 |
| FLAGSTAR 000034943 2009 Demand Response Summary Loan XXXX54551 |
| FLAGSTAR 000034947 2009 Demand Response Summary Loan XXXX54551 |
| FLAGSTAR 000034955 2009 Demand Response Summary Loan XXXX54601 |
| FLAGSTAR 000034965 2009 Demand Response Summary Loan XXXX55020 |
| FLAGSTAR 000034968 2009 Demand Response Summary Loan XXXX56812 |
| FLAGSTAR 000034972 2009 Demand Response Summary Loan XXXX58248 |
| FLAGSTAR 000034978 2009 Demand Response Summary Loan XXXX59535 |
| FLAGSTAR 000034992 2009 Demand Response Summary Loan XXXX59832 |
| FLAGSTAR 000034996 2009 Demand Response Summary Loan XXXX61051 |
| FLAGSTAR 000024997 2009 Demand Response Summary Loan XXXX61275 |
| FLAGSTAR 000035001 2009 Demand Response Summary Loan XXXX62976 |
| FLAGSTAR 000035007 2009 Demand Response Summary Loan XXXX63289 |
| FLAGSTAR 000035009 2009 Demand Response Summary Loan XXXX65840 |
| FLAGSTAR 000035208 2009 Demand Response Summary Loan XXXX64865 |
| FLAGSTAR 000035038 2009 Demand Response Summary Loan XXXX66340 |
| FLAGSTAR 000035056 2009 Demand Response Summary Loan XXXX66654 |
| FLAGSTAR 000035073 2009 Demand Response Summary Loan XXXX66886 |
| FLAGSTAR 000035078 2009 Demand Response Summary Loan XXXX68585 |
| FLAGSTAR 000035084 2009 Demand Response Summary Loan XXXX68684 |
| FLAGSTAR 000035087 2009 Demand Response Summary Loan XXXX71431 |
| FLAGSTAR 000035103 2009 Demand Response Summary Loan XXXX71647 |
| FLAGSTAR 000035127 2009 Demand Response Summary Loan XXXX72793 |
| FLAGSTAR 000035158 2009 Demand Response Summary Loan XXXX73437 |
| FLAGSTAR 000035161 2009 Demand Response Summary Loan XXXX75903 |
| FLAGSTAR 000035266 2009 Demand Response Summary Loan XXXX76760 |
| FLAGSTAR 000035270 2009 Demand Response Summary Loan XXXX77602 |
| FLAGSTAR 000035279 2009 Demand Response Summary Loan XXXX79178 |
| FLAGSTAR 000035297 2009 Demand Response Summary Loan XXXX80317 |
| FLAGSTAR 000035302 2009 Demand Response Summary Loan XXXX80655 |
| FLAGSTAR 000035304 2009 Demand Response Summary Loan XXXX81133 |
| FLAGSTAR 000035317 2009 Demand Response Summary Loan XXXX83782 |
| FLAGSTAR 000035337 2009 Demand Response Summary Loan XXXX84558 |
| FLAGSTAR 000035351 2009 Demand Response Summary Loan XXXX85365 |
| FLAGSTAR 000034544 2009 Demand Response Summary Loan XXXX20297 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000034548 2009 Demand Response Summary Loan XXXX20370 |
| FLAGSTAR 000034558 2009 Demand Response Summary Loan XXXX20842 |
| FLAGSTAR 000034564 2009 Demand Response Summary Loan XXXX24679 |
| FLAGSTAR 000034567 2009 Demand Response Summary Loan XXXX26427 |
| FLAGSTAR 000034579 2009 Demand Response Summary Loan XXXX27250 |
| FLAGSTAR 000034585 2009 Demand Response Summary Loan XXXX27342 |
| FLAGSTAR 000034617 2009 Demand Response Summary Loan XXXX28159 |
| FLAGSTAR 000034624 2009 Demand Response Summary Loan XXXX28365 |
| FLAGSTAR 000034631 2009 Demand Response Summary Loan XXXX28464 |
| FLAGSTAR 000034635 2009 Demand Response Summary Loan XXXX28613 |
| FLAGSTAR 000034656-657 2009 Demand Response Summary Loan XXXX29876 |
| FLAGSTAR 000034690 2009 Demand Response Summary Loan XXXX31161 |
| FLAGSTAR 000034693 2009 Demand Response Summary Loan XXXX31773 |
| FLAGSTAR 000034696 2009 Demand Response Summary Loan XXXX33654 |
| FLAGSTAR 000034721 2009 Demand Response Summary Loan XXXX36186 |
| FLAGSTAR 000034739 2009 Demand Response Summary Loan XXXX36400 |
| FLAGSTAR 000034748 2009 Demand Response Summary Loan XXXX37879 |
| FLAGSTAR 000034572 2009 Demand Response Summary Loan XXXX38695 |
| FLAGSTAR 000034766 2009 Demand Response Summary Loan XXXX38752 |
| FLAGSTAR 000034767 2009 Demand Response Summary Loan XXXX38836 |
| FLAGSTAR 000034788 2009 Demand Response Summary Loan XXXX39206 |
| FLAGSTAR 000034795 2009 Demand Response Summary Loan XXXX40741 |
| FLAGSTAR 000034796 2009 Demand Response Summary Loan XXXX40980 |
| FLAGSTAR 000034803 2009 Demand Response Summary Loan XXXX44479 |
| FLAGSTAR 000034819 2009 Demand Response Summary Loan XXXX44602 |
| FLAGSTAR 000034846 2009 Demand Response Summary Loan XXXX45161 |
| FLAGSTAR 000034854 2009 Demand Response Summary Loan XXXX45971 |
| FLAGSTAR 000034270 2009 Demand Response Summary Loan XXXX00315 |
| FLAGSTAR 000034300 2009 Demand Response Summary Loan XXXX01586 |
| FLAGSTAR 000034306 2009 Demand Response Summary Loan XXXX01651 |
| FLAGSTAR 000034334 2009 Demand Response Summary Loan XXXX02857 |
| FLAGSTAR 000034341 2009 Demand Response Summary Loan XXXX05017 |
| FLAGSTAR 000034350 2009 Demand Response Summary Loan XXXX06999 |
| FLAGSTAR 000034363 2009 Demand Response Summary Loan XXXX07450 |
| FLAGSTAR 000034365 2009 Demand Response Summary Loan XXXX08383 |
| FLAGSTAR 000034374 2009 Demand Response Summary Loan XXXX08771 |
| FLAGSTAR 000034379 2009 Demand Response Summary Loan XXXX09522 |
| FLAGSTAR 000034380 2009 Demand Response Summary Loan XXXX10181 |
| FLAGSTAR 000034401 2009 Demand Response Summary Loan XXXX10314 |
| FLAGSTAR 000034404 2009 Demand Response Summary Loan XXXX10512 |
| FLAGSTAR 000034406 2009 Demand Response Summary Loan XXXX11460 |
| FLAGSTAR 000034438 2009 Demand Response Summary Loan XXXX13557 |
| FLAGSTAR 000034448 2009 Demand Response Summary Loan XXXX13789 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
| --- |
| FLAGSTAR 000034455 2009 Demand Response Summary Loan XXXX14050 |
| FLAGSTAR 000034462 2009 Demand Response Summary Loan XXXX14456 |
| FLAGSTAR 000034467 2009 Demand Response Summary Loan XXXX14530 |
| FLAGSTAR 000034480 2009 Demand Response Summary Loan XXXX15255 |
| FLAGSTAR 000034491 2009 Demand Response Summary Loan XXXX15388 |
| FLAGSTAR 000034499 2009 Demand Response Summary Loan XXXX16386 |
| FLAGSTAR 000034513 2009 Demand Response Summary Loan XXXX19323 |
| FLAGSTAR 000034527 2009 Demand Response Summary Loan XXXX19729 |
| FLAGSTAR 000034530 2009 Demand Response Summary Loan XXXX19869 |
| FLAGSTAR 000034539 2009 Demand Response Summary Loan XXXX19919 |
| FLAGSTAR 000033952 2009 Demand Response Summary Loan XXXX76375 |
| FLAGSTAR 000033958 2009 Demand Response Summary Loan XXXX77233 |
| FLAGSTAR 000033995 2009 Demand Response Summary Loan XXXX77258 |
| FLAGSTAR 000033998 2009 Demand Response Summary Loan XXXX77787 |
| FLAGSTAR 000034016 2009 Demand Response Summary Loan XXXX78694 |
| FLAGSTAR 000034033 2009 Demand Response Summary Loan XXXX97637 |
| FLAGSTAR 000034039 2009 Demand Response Summary Loan XXXX81029 |
| FLAGSTAR 000034045 2009 Demand Response Summary Loan XXXX82050 |
| FLAGSTAR 000034062 2009 Demand Response Summary Loan XXXX82316 |
| FLAGSTAR 000034085 2009 Demand Response Summary Loan XXXX82670 |
| FLAGSTAR 000034089 2009 Demand Response Summary Loan XXXX82761 |
| FLAGSTAR 000034119 2009 Demand Response Summary Loan XXXX83140 |
| FLAGSTAR 000034122 2009 Demand Response Summary Loan XXXX83512 |
| FLAGSTAR 000034134 2009 Demand Response Summary Loan XXXX84643 |
| FLAGSTAR 000034151 2009 Demand Response Summary Loan XXXX85889 |
| FLAGSTAR 000034156 2009 Demand Response Summary Loan XXXX87729 |
| FLAGSTAR 000034159 2009 Demand Response Summary Loan XXXX96829 |
| FLAGSTAR 000034166 2009 Demand Response Summary Loan XXXX88016 |
| FLAGSTAR 000034170 2009 Demand Response Summary Loan XXXX88941 |
| FLAGSTAR 000034175 2009 Demand Response Summary Loan XXXX91473 |
| FLAGSTAR 000034181 2009 Demand Response Summary Loan XXXX93305 |
| FLAGSTAR 000034191 2009 Demand Response Summary Loan XXXX96183 |
| FLAGSTAR 000034206 2009 Demand Response Summary Loan XXXX96829 |
| FLAGSTAR 000034211 2009 Demand Response Summary Loan XXXX97132 |
| FLAGSTAR 000034218 2009 Demand Response Summary Loan XXXX97637 |
| FLAGSTAR 000034224 2009 Demand Response Summary Loan XXXX98197 |
| FLAGSTAR 000034231 2009 Demand Response Summary Loan XXXX98874 |
| FLAGSTAR 000034244 2009 Demand Response Summary Loan XXXX99161 |
| FLAGSTAR 000034246 2009 Demand Response Summary Loan XXXX99401 |
| FLAGSTAR 000034254 2009 Demand Response Summary Loan XXXX99906 |
| FLAGSTAR 000034261 2009 Demand Response Summary Loan XXXX00307 |
| FLAGSTAR 000033829 2009 Demand Response Summary Loan XXXX80463 |
| FLAGSTAR 000033834 2009 Demand Response Summary Loan XXXX86095 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000033836 2009 Demand Response Summary Loan XXXX96023 |
| FLAGSTAR 000033841 2009 Demand Response Summary Loan XXXX96184 |
| FLAGSTAR 000033861 2009 Demand Response Summary Loan XXXX10364 |
| FLAGSTAR 000033871 2009 Demand Response Summary Loan XXXX17530 |
| FLAGSTAR 000033882 2009 Demand Response Summary Loan XXXX37631 |
| FLAGSTAR 000033888 2009 Demand Response Summary Loan XXXX44925 |
| FLAGSTAR 000033898 2009 Demand Response Summary Loan XXXX62837 |
| FLAGSTAR 000033911 2009 Demand Response Summary Loan XXXX63681 |
| FLAGSTAR 000033916 2009 Demand Response Summary Loan XXXX68891 |
| FLAGSTAR 000033922 2009 Demand Response Summary Loan XXXX78593 |
| FLAGSTAR 000033926 2009 Demand Response Summary Loan XXXX85961 |
| FLAGSTAR 000033930 2009 Demand Response Summary Loan XXXX05966 |
| FLAGSTAR 000033949 2009 Demand Response Summary Loan XXXX10290 |
| FLAGSTAR 000033553 2009 Demand Response Summary Loan XXXX55018 |
| FLAGSTAR 000033556 2009 Demand Response Summary Loan XXXX55727 |
| FLAGSTAR 000033594 2009 Demand Response Summary Loan XXXX57462 |
| FLAGSTAR 000033603 2009 Demand Response Summary Loan XXXX58014 |
| FLAGSTAR 000033611 2009 Demand Response Summary Loan XXXX62552 |
| FLAGSTAR 000033618 2009 Demand Response Summary Loan XXXX63578 |
| FLAGSTAR 000033621 2009 Demand Response Summary Loan XXXX64053 |
| FLAGSTAR 000033648 2009 Demand Response Summary Loan XXXX74376 |
| FLAGSTAR 000033672 2009 Demand Response Summary Loan XXXX74507 |
| FLAGSTAR 000033675 2009 Demand Response Summary Loan XXXX75944 |
| FLAGSTAR 000033678 2009 Demand Response Summary Loan XXXX77724 |
| FLAGSTAR 000033680 2009 Demand Response Summary Loan XXXX78591 |
| FLAGSTAR 000033692 2009 Demand Response Summary Loan XXXX80346 |
| FLAGSTAR 000033699 2009 Demand Response Summary Loan XXXX81831 |
| FLAGSTAR 000033702 2009 Demand Response Summary Loan XXXX98185 |
| FLAGSTAR 000033706 2009 Demand Response Summary Loan XXXX00641 |
| FLAGSTAR 000033714 2009 Demand Response Summary Loan XXXX05265 |
| FLAGSTAR 000033728 2009 Demand Response Summary Loan XXXX09738 |
| FLAGSTAR 000033734 2009 Demand Response Summary Loan XXXX14084 |
| FLAGSTAR 000033738 2009 Demand Response Summary Loan XXXX22941 |
| FLAGSTAR 000033751 2009 Demand Response Summary Loan XXXX63181 |
| FLAGSTAR 000033787 2009 Demand Response Summary Loan XXXX38913 |
| FLAGSTAR 000033790 2009 Demand Response Summary Loan XXXX42041 |
| FLAGSTAR 000033800 2009 Demand Response Summary Loan XXXX51319 |
| FLAGSTAR 000033803 2009 Demand Response Summary Loan XXXX52326 |
| FLAGSTAR 000033809 2009 Demand Response Summary Loan XXXX53775 |
| FLAGSTAR 000033823 2009 Demand Response Summary Loan XXXX66133 |
| FLAGSTAR 000033828 2009 Demand Response Summary Loan XXXX72253 |
| FLAGSTAR 000033063 2009 Demand Response Summary Loan XXXX64761 |
| FLAGSTAR 000033073 2009 Demand Response Summary Loan XXXX69016 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000033115 2009 Demand Response Summary Loan XXXX70562 |
| FLAGSTAR 000033117 2009 Demand Response Summary Loan XXXX70957 |
| FLAGSTAR 000033122-123 2009 Demand Response Summary Loan XXXX72465 |
| FLAGSTAR 000033135 2009 Demand Response Summary Loan XXXX75443 |
| FLAGSTAR 000033137 2009 Demand Response Summary Loan XXXX78326 |
| FLAGSTAR 000033140 2009 Demand Response Summary Loan XXXX78870 |
| FLAGSTAR 000033147 2009 Demand Response Summary Loan XXXX80210 |
| FLAGSTAR 000033152 2009 Demand Response Summary Loan XXXX84790 |
| FLAGSTAR 000033155 2009 Demand Response Summary Loan XXXX88483 |
| FLAGSTAR 000033176 2009 Demand Response Summary Loan XXXX90858 |
| FLAGSTAR 000033193 2009 Demand Response Summary Loan XXXX93489 |
| FLAGSTAR 000033195 2009 Demand Response Summary Loan XXXX98769 |
| FLAGSTAR 000033218 2009 Demand Response Summary Loan XXXX00938 |
| FLAGSTAR 000033223 2009 Demand Response Summary Loan XXXX02973 |
| FLAGSTAR 000033227 2009 Demand Response Summary Loan XXXX11214 |
| FLAGSTAR 000033230 2009 Demand Response Summary Loan XXXX15006 |
| FLAGSTAR 000033255 2009 Demand Response Summary Loan XXXX15085 |
| FLAGSTAR 000033724 2009 Demand Response Summary Loan XXXX16681 |
| FLAGSTAR 000033320 2009 Demand Response Summary Loan XXXX19009 |
| FLAGSTAR 000033346 2009 Demand Response Summary Loan XXXX29445 |
| FLAGSTAR 000033362 2009 Demand Response Summary Loan XXXX32661 |
| FLAGSTAR 000033367 2009 Demand Response Summary Loan XXXX38417 |
| FLAGSTAR 000033395 2009 Demand Response Summary Loan XXXX43177 |
| FLAGSTAR 000033409 2009 Demand Response Summary Loan XXXX49802 |
| FLAGSTAR 000033480 2009 Demand Response Summary Loan XXXX51819 |
| FLAGSTAR 000033504 2009 Demand Response Summary Loan XXXX52122 |
| FLAGSTAR 000033523 2009 Demand Response Summary Loan XXXX53436 |
| FLAGSTAR 000032669 2009 Demand Response Summary Loan XXXX89749 |
| FLAGSTAR 000032679 2009 Demand Response Summary Loan XXXX91555 |
| FLAGSTAR 000032699 2009 Demand Response Summary Loan XXXX91587 |
| FLAGSTAR 000032756 2009 Demand Response Summary Loan XXXX93540 |
| FLAGSTAR 000032766 2009 Demand Response Summary Loan XXXX94496 |
| FLAGSTAR 000032873 2009 Demand Response Summary Loan XXXX96852 |
| FLAGSTAR 000032874 2009 Demand Response Summary Loan XXXX03492 |
| FLAGSTAR 000032819 2009 Demand Response Summary Loan XXXX11883 |
| FLAGSTAR 000032835 2009 Demand Response Summary Loan XXXX14245 |
| FLAGSTAR 000032863 2009 Demand Response Summary Loan XXXX14398 |
| FLAGSTAR 000032872 2009 Demand Response Summary Loan XXXX14739 |
| FLAGSTAR 000032879 2009 Demand Response Summary Loan XXXX27292 |
| FLAGSTAR 000032908 2009 Demand Response Summary Loan XXXX31916 |
| FLAGSTAR 000032915 2009 Demand Response Summary Loan XXXX33751 |
| FLAGSTAR 000032928 2009 Demand Response Summary Loan XXXX34028 |
| FLAGSTAR 000032932 2009 Demand Response Summary Loan XXXX36005 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000032942 2009 Demand Response Summary Loan XXXX36005 |
| FLAGSTAR 000032952 2009 Demand Response Summary Loan XXXX37013 |
| FLAGSTAR 000032967 2009 Demand Response Summary Loan XXXX39542 |
| FLAGSTAR 000032969 2009 Demand Response Summary Loan XXXX41846 |
| FLAGSTAR 000032978 2009 Demand Response Summary Loan XXXX42374 |
| FLAGSTAR 000032984 2009 Demand Response Summary Loan XXXX46708 |
| FLAGSTAR 000033031 2009 Demand Response Summary Loan XXXX53599 |
| FLAGSTAR 000033035 2009 Demand Response Summary Loan XXXX55066 |
| FLAGSTAR 000033043 2009 Demand Response Summary Loan XXXX56861 |
| FLAGSTAR 000033056 2009 Demand Response Summary Loan XXXX59645 |
| FLAGSTAR 000033060 2009 Demand Response Summary Loan XXXX62033 |
| FLAGSTAR 000032243 2009 Demand Response Summary Loan XXXX14808 |
| FLAGSTAR 000032254 2009 Demand Response Summary Loan XXXX18856 |
| FLAGSTAR 000032255 2009 Demand Response Summary Loan XXXX19260 |
| FLAGSTAR 000032293 2009 Demand Response Summary Loan XXXX19636 |
| FLAGSTAR 000032313 2009 Demand Response Summary Loan XXXX21105 |
| FLAGSTAR 000032339 2009 Demand Response Summary Loan XXXX34789 |
| FLAGSTAR 000032370 2009 Demand Response Summary Loan XXXX40660 |
| FLAGSTAR 000032373 2009 Demand Response Summary Loan XXXX42591 |
| FLAGSTAR 000032386 2009 Demand Response Summary Loan XXXX45388 |
| FLAGSTAR 000032400 2009 Demand Response Summary Loan XXXX50818 |
| FLAGSTAR 000032416 2009 Demand Response Summary Loan XXXX50834 |
| FLAGSTAR 000032427 2009 Demand Response Summary Loan XXXX53499 |
| FLAGSTAR 000032429 2009 Demand Response Summary Loan XXXX54992 |
| FLAGSTAR 000032432 2009 Demand Response Summary Loan XXXX57425 |
| FLAGSTAR 000032436 2009 Demand Response Summary Loan XXXX57888 |
| FLAGSTAR 000032438 2009 Demand Response Summary Loan XXXX58977 |
| FLAGSTAR 000032450 2009 Demand Response Summary Loan XXXX59181 |
| FLAGSTAR 000032453 2009 Demand Response Summary Loan XXXX59710 |
| FLAGSTAR 000032476 2009 Demand Response Summary Loan XXXX61377 |
| FLAGSTAR 000032496 2009 Demand Response Summary Loan XXXX65352 |
| FLAGSTAR 000032507 2009 Demand Response Summary Loan XXXX65360 |
| FLAGSTAR 000032527 2009 Demand Response Summary Loan XXXX65741 |
| FLAGSTAR 000032532 2009 Demand Response Summary Loan XXXX65782 |
| FLAGSTAR 000032562 2009 Demand Response Summary Loan XXXX66459 |
| FLAGSTAR 000032594 2009 Demand Response Summary Loan XXXX68455 |
| FLAGSTAR 000032607 2009 Demand Response Summary Loan XXXX69909 |
| FLAGSTAR 000032615 2009 Demand Response Summary Loan XXXX73331 |
| FLAGSTAR 000032636 2009 Demand Response Summary Loan XXXX73885 |
| FLAGSTAR 000032655 2009 Demand Response Summary Loan XXXX74453 |
| FLAGSTAR 000031935 2009 Demand Response Summary Loan XXXX60281 |
| FLAGSTAR 000031946 2009 Demand Response Summary Loan XXXX65419 |
| FLAGSTAR 000031949 2009 Demand Response Summary Loan XXXX73712 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000031958 2009 Demand Response Summary Loan XXXX05933 |
| FLAGSTAR 000031966 2009 Demand Response Summary Loan XXXX11003 |
| FLAGSTAR 000031982 2009 Demand Response Summary Loan XXXX15393 |
| FLAGSTAR 000031995 2009 Demand Response Summary Loan XXXX16633 |
| FLAGSTAR 000032000 2009 Demand Response Summary Loan XXXX17847 |
| FLAGSTAR 000032010 2009 Demand Response Summary Loan XXXX20373 |
| FLAGSTAR 000032016 2009 Demand Response Summary Loan XXXX24583 |
| FLAGSTAR 000032022 2009 Demand Response Summary Loan XXXX25080 |
| FLAGSTAR 000032031 2009 Demand Response Summary Loan XXXX27885 |
| FLAGSTAR 000032047 2009 Demand Response Summary Loan XXXX53232 |
| FLAGSTAR 000032072 2009 Demand Response Summary Loan XXXX61972 |
| FLAGSTAR 000032082 2009 Demand Response Summary Loan XXXX64891 |
| FLAGSTAR 000032098 2009 Demand Response Summary Loan XXXX65184 |
| FLAGSTAR 000032102 2009 Demand Response Summary Loan XXXX67322 |
| FLAGSTAR 000032133 2009 Demand Response Summary Loan XXXX72457 |
| FLAGSTAR 000032139 2009 Demand Response Summary Loan XXXX77830 |
| FLAGSTAR 000032161 2009 Demand Response Summary Loan XXXX81772 |
| FLAGSTAR 000032198 2009 Demand Response Summary Loan XXXX85239 |
| FLAGSTAR 000032210 2009 Demand Response Summary Loan XXXX88791 |
| FLAGSTAR 000032216 2009 Demand Response Summary Loan XXXX91203 |
| FLAGSTAR 000032217 2009 Demand Response Summary Loan XXXX91530 |
| FLAGSTAR 000032223 2009 Demand Response Summary Loan XXXX03397 |
| FLAGSTAR 000032236 2009 Demand Response Summary Loan XXXX05987 |
| FLAGSTAR 000032239 2009 Demand Response Summary Loan XXXX06328 |
| FLAGSTAR 000031527 2009 Demand Response Summary Loan XXXX22042 |
| FLAGSTAR 000031532 2009 Demand Response Summary Loan XXXX73541 |
| FLAGSTAR 000031550 2009 Demand Response Summary Loan XXXX82113 |
| FLAGSTAR 000031567 2009 Demand Response Summary Loan XXXX12863 |
| FLAGSTAR 000031644 2009 Demand Response Summary Loan XXXX59819 |
| FLAGSTAR 000031681 2009 Demand Response Summary Loan XXXX65749 |
| FLAGSTAR 000031687 2009 Demand Response Summary Loan XXXX78842 |
| FLAGSTAR 000031701 2009 Demand Response Summary Loan XXXX86077 |
| FLAGSTAR 000031707 2009 Demand Response Summary Loan XXXX98351 |
| FLAGSTAR 000031720 2009 Demand Response Summary Loan XXXX07738 |
| FLAGSTAR 000031722 2009 Demand Response Summary Loan XXXX10971 |
| FLAGSTAR 000031728 2009 Demand Response Summary Loan XXXX16925 |
| FLAGSTAR 000031742 2009 Demand Response Summary Loan XXXX22966 |
| FLAGSTAR 000031749 2009 Demand Response Summary Loan XXXX33294 |
| FLAGSTAR 000031768 2009 Demand Response Summary Loan XXXX34468 |
| FLAGSTAR 000031788 2009 Demand Response Summary Loan XXXX35814 |
| FLAGSTAR 000031796 2009 Demand Response Summary Loan XXXX38296 |
| FLAGSTAR 000031813 2009 Demand Response Summary Loan XXXX39748 |
| FLAGSTAR 000031817 2009 Demand Response Summary Loan XXXX39791 |

Appendix E
2009 Demand Response Summaries

| Bates Number/General Description |
|---|
| FLAGSTAR 000031853 2009 Demand Response Summary Loan XXXX40665 |
| FLAGSTAR 000031861 2009 Demand Response Summary Loan XXXX40672 |
| FLAGSTAR 000031866 2009 Demand Response Summary Loan XXXX46452 |
| FLAGSTAR 000031871 2009 Demand Response Summary Loan XXXX61172 |
| FLAGSTAR 000031873 2009 Demand Response Summary Loan XXXX65229 |
| FLAGSTAR 000031883 2009 Demand Response Summary Loan XXXX66995 |
| FLAGSTAR 000031885 2009 Demand Response Summary Loan XXXX74802 |
| FLAGSTAR 000031917 2009 Demand Response Summary Loan XXXX78187 |
| FLAGSTAR 000031925 2009 Demand Response Summary Loan XXXX79190 |
| FLAGSTAR 000031926 2009 Demand Response Summary Loan XXXX85612 |
| FLAGSTAR 000031928 2009 Demand Response Summary Loan XXXX87954 |