UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASSURED GUARANTY MUNICIPAL CORP.,
f/k/a FINANCIAL SECURITY ASSURANCE,
INC.

                Plaintiff,

      vs.

FLAGSTAR BANK, FSB; FLAGSTAR
CAPITAL MARKETS CORPORATION; and
FLAGSTAR ABS, LLC

                Defendants.

Case No.: 11-CIV-2375 (JSR)

**DEFENDANTS' NOTICE OF MOTION IN LIMINE AND TO EXCLUDE PLAINTIFF'S EXPERTS' TESTIMONY**

      PLEASE TAKE NOTICE that, upon the accompanying Declaration of Stewart D. Aaron, and the Memorandum of Law in Support of Defendants' Motion In Limine and to Exclude Plaintiff's Experts' Testimony, dated May 31, 2012, Defendants will move this Court, pursuant to Federal Rules of Evidence 702 and 401, before the Honorable Jed S. Rakoff, United States District Court Judge for the Southern District of New York, at the United States District Courthouse, 500 Pearl Street, New York, New York 10007 for an Order precluding the use of sampling as a method of proof by plaintiff Assured Guaranty Municipal Corp. and excluding the testimony and report of plaintiff's experts Nelson Lipshutz, Rebecca Walzak and Joseph Mason, and further relief as to the Court deems just and proper.

Dated: June 1, 2012
      New York, New York

                        Respectfully submitted,
                        ARNOLD & PORTER LLP

                        By:    /s/ Stewart D. Aaron
                        Veronica E. Rendón
                        Stewart D. Aaron
                        Susan L. Shin
                        Arnold & Porter LLP
                        399 Park Avenue
                        New York, New York  10022
                        (212) 715-1000
                        Veronica.Rendon@aporter.com
                        Stewart.Aaron@aporter.com
                        Susan.Shin@aporter.com

*Attorneys for Defendants Flagstar Bank, FSB, Flagstar Capital Markets Corporation and Flagstar ABS, LLC*