IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURED GUARANTY MUNICIPAL CORP., f/k/a FINANCIAL SECURITY ASSURANCE INC.<br><br>Plaintiff,<br><br>vs.<br><br>FLAGSTAR BANK, FSB; FLAGSTAR CAPITAL MARKETS CORPORATION; and FLAGSTAR ABS, LLC,<br><br>Defendants. | Case No. 11-CV-2375 (JSR) |

**DECLARATION OF JACOB BUCHDAHL IN OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* AND TO EXCLUDE EXPERT TESTIMONY**

JACOB W. BUCHDAHL declares:

1. I am an attorney admitted to the Bar of the State of New York and the Bar of this Court, and I am a partner at Susman Godfrey L.L.P., counsel for plaintiff Assured Guaranty Municipal Corp. I make this Declaration in opposition to Flagstar's motion *in limine* and to exclude plaintiff's expert testimony.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the September 8, 2011 hearing in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of the November 14, 2011 expert report of Joseph Mason.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of R. Walzak dated December 19, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the deposition transcript of J. Mason dated January 14, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of a transcript of a March 15, 2011 hearing in *Syncora Guarantee v. EMC Mortgage Corporation*, 9-CV-03106, Dkt. 73 (S.D.N.Y.).

Dated: October 2, 2012
       New York, New York

                                          Respectfully Submitted,

/s/ Jacob W. Buchdahl
Jacob W. Buchdahl
Arun Subramanian
Warren Burns
Joseph Portera
SUSMAN GODFREY L.L.P.
560 Lexington Ave., 15th Floor
New York, NY 10022
(212) 336-8330