Exhibit D

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSURED GUARANTY MUNICIPAL CORP., f/k/a FINANCIAL SECURITY ASSURANCE INC., <div align="right">Plaintiff,</div><br>vs.<br><br>FLAGSTAR BANK, FSB; FLAGSTAR CAPITAL MARKETS CORPORATION; and FLAGSTAR ABS, LLC, <div align="right">Defendants.</div> | Case No. 11-CV-2375 (JSR) |

## FLAGSTAR BANK, FSB, FLAGSTAR CAPITAL MARKETS CORPORATION AND FLAGSTAR ABS, LLC'S EXHIBIT LIST

Pursuant to the Individual Rules of Practice of the Hon. Jed S. Rakoff, Defendants

Flagstar Banks, FSB, Flagstar Capital Markets Corporation, and Flagstar ABS, LLC ("Flagstar"),

by their undersigned attorneys, hereby submit their list of exhibits.

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AAA | AGM00002277-311 2006-2 Mortgage Loan Purchase Agreement | |
| AAB | AGM00002312-317 2006-2 Supplemental Indenture | |
| AAC | AGM00002503-529 2006-2 Custodial Agreement | |
| AAD | AGM00006740-772 2005-1 Mortgage Loan Purchase Agreement | |
| AAE | AGM00006773-832 2005-1 Sale & Servicing Agreement | |
| AAF | AGM00006925-952 2005-1 Custodial Agreement | |
| AAG | AGM00007036-082 2005-1 Insurance & Indemnity Agreement | |
| AAH | AGM00008343-458 2006-2 Indenture | |
| AAI | AGM00008495-559 2006-2 Sale & Servicing Agreement | |
| AAJ | AGM00008616-745 2006-2 Offering Circular | |
| AAK | AGM0006144-258 2005-1 Offering Circular | |
| AAL | AGM0006633-739 2005-1 Indenture | |
| AAM | FLAGSTAR 000018010-041 2006-2 Glossary of Defined Terms | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AAN | FLAGSTAR 000018906-038 2005-1 Glossary of Defined Terms | |
| AAO | FLAGSTAR 000036194-243 2006-2 Insurance & Indemnity Agreement | |
| AAP | AGM00000360-361 Letter from E. Uhr to M. Roslin dated 5/14/09 | |
| AAQ | AGM00000391-392 5/14/09 letter from Uhr to Roslin | |
| AAR | AGM00001768-770 6/18/09 Patterson Belknap letter. | |
| AAS | AGM000076316-32 - 4/17/09 letter from E. Uhr | Misidentified. 401, 402, 403, 801, 802. |
| AAT | AGM00007633-94 - Attachment to 4/17/09 letter from E. Uhr | |
| AAU | AGM00142562 2006-2 Servicer Report for Aug 2008 | |
| AAV | AGM00142574 2006-2 Servicer Report for Jun 2008 | |
| AAW | AGM00142587 2006-2 Servicer Report for Jul 2008 | |
| AAX | AGM00154817 2006-2 Servicer Report for Sep 2008 | |
| AAY | AGM00231559 Memo from D. Beard to M. Roslin dated 2/7/06 | |
| AAZ | AGM00277042-048 FICO Expected Loss Memo | Misidentified. 401, 402, 403, 801, 802. |
| ABA | AGM00314741-42 Unsigned letter from D. Beard to M. Roslin dated 10/7/05 | 401, 402, 403 |
| ABB | AGM00314747-748 Unsigned letter from D. Beard to M. Roslin dated 10/5/05 | |
| ABC | AGM00348380-402 RMG Expected Loss Model 02/28/06 | |
| ABD | AGM00548526-537 RMG Expected Loss Model 12/19/05 | |
| ABE | AGM00548710-744 RMG Expected Loss Model 01/25/05 | |
| ABF | AGM00661380 8/6/08 Email from Stephen Buteau to David Beard | 401, 402, 403, 801, 802 |
| ABG | AGM00705676 2006-2 Servicer Report for Nov 2008 | |
| ABH | AGM00735200 2006-2 Servicer Report for Oct 2008 | |
| ABI | AGM00749585-586 Email from M. Roslin to G. Stiehl dated 5/20/09 | 401, 402, 403, 801, 802 |
| ABJ | AGM00751716 2006-2 Servicer Report for Apr 2009 | |
| ABK | AGM00771847-853 E mail exchange between M. Roslin and G. Stiehl dated  5/14/09 | 401, 402, 403, 801, 802 |
| ABL | AGM00771847-855 Email chain between FSA and Flagstar from April-May 2009 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ABM | AGM00771870-874 Email chain between FSA and Flagstar from April-May 2009 | 401, 402, 403, 801, 802 |
| ABN | AGM00774085-089 Email exchange between M. Roslin and G. Stiehl dated  5/13/09 | 401, 402, 403, 801, 802 |
| ABO | AGM00807402 2006-2 Servicer Report for May 2009 | |
| ABP | AGM00816789-790 Email from M. Roslin to G. Stiehl dated 7/17/09 | 401, 402, 403, 801, 802 |
| ABQ | AGM00819497-498 Email from M. Roslin to E. Uhr dated 7/16/09 | 401, 402, 403, 801, 802 |
| ABR | AGM00819523 7/16/09 Email from E. Uhr to M. Roslin | 401, 402, 403 |
| ABS | AGM00819524-30 Attachment to  7/16/09 Email from E. Uhr to M. Roslin | |
| ABT | AGM00824747-750 Email from M. Roslin to E. Uhr, et al. dated 7/22/09 | 401, 402, 403, 801, 802 |
| ABU | AGM00829578 2006-2 Servicer Report for Jan 2009 | |
| ABV | AGM00879213 2006-2 Servicer Report for Feb 2009 | |
| ABW | AGM00894271-276 RMG Servicing Review Report | 401, 402, 801, 802 |
| ABX | AGM00895692-696 RMG Servicing Review Report | 401, 402, 801, 802 |
| ABY | AGM00941876-877 2/18/09 email from J. Sopha to L. Kobrin | 401, 402, 403, 801, 802 |
| ABZ | AGM00968675 2006-2 Servicer Report for Dec 2008 | |
| ACA | AGM00987766 2006-2 Servicer Report for Mar 2009 | |
| ACB | AGM01040558 2006-2 Servicer Report for Aug 2009 | |
| ACC | AGM01071856 2006-2 Servicer Report for Nov 2009 | |
| ACD | AGM01091189 2006-2 Servicer Report for Dec 2009 | |
| ACE | AGM01160134 2006-2 Servicer Report for Jan 2010 | |
| ACF | AGM01364944 Loan Level Tape Comparison Report | |
| ACG | AGM01364975 Missing Document Report | |
| ACH | AGM01972938 2006-2 Servicer Report for May 2010 | |
| ACI | AGM02034827 2006-2 Servicer Report for Aug 2010 | |
| ACJ | AGM02206469 2006-2 Servicer Report for Oct 2010 | |
| ACK | AGM02243763 2006-2 Servicer Report for Nov 2010 | |
| ACL | AGM02372259 2006-2 Servicer Report for Apr 2010 | |
| ACM | AGM02809122 2005-1 Servicer Report for May 2006 | |
| ACN | AGM02809133 2005-1 Servicer Report for Jan 2006 | |
| ACO | AGM02809144 2005-1 Servicer Report for Feb 2006 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ACP | AGM02809155 2005-1 Servicer Report for Mar 2006 | |
| ACQ | AGM02809166 2005-1 Servicer Report for Apr 2006 | |
| ACR | AGM02809188 2005-1 Servicer Report for Jun 2006 | |
| ACS | AGM02809199 2005-1 Servicer Report for Jul 2006 | |
| ACT | AGM02809461 2006-2 Servicer Report for Dec 2006 | |
| ACU | AGM02809472 2006-2 Servicer Report for Dec 2007 | |
| ACV | AGM02809485 2006-2 Servicer Report for Jan 2007 | |
| ACW | AGM02809496 2006-2 Servicer Report for Feb 2007 | |
| ACX | AGM02809507 2006-2 Servicer Report for Mar 2007 | |
| ACY | AGM02809518 2006-2 Servicer Report for Apr 2007 | |
| ACZ | AGM02809529 2006-2 Servicer Report for May 2007 | |
| ADA | AGM02809541 2006-2 Servicer Report for Jun 2007 | |
| ADB | AGM02809553 2006-2 Servicer Report for Jul 2007 | |
| ADC | AGM02809565 2006-2 Servicer Report for Aug 2007 | |
| ADD | AGM02809578 2006-2 Servicer Report for Sep 2007 | |
| ADE | AGM02809590 2006-2 Servicer Report for Oct 2007 | |
| ADF | AGM02809604 2006-2 Servicer Report for Nov 2007 | |
| ADG | AGM02809618 2006-2 Servicer Report for Feb 2008 | |
| ADH | AGM02809631 2006-2 Servicer Report for Jan 2008 | |
| ADI | AGM02809645 2006-2 Servicer Report for May 2008 | |
| ADJ | AGM02809657 2006-2 Servicer Report for Mar 2008 | |
| ADK | AGM02809669 2006-2 Servicer Report for Apr 2008 | |
| ADL | AGM02886055 2006-2 Servicer Report for Sep 2009 | |
| ADM | AGM02926799 2006-2 Servicer Report for Oct 2009 | |
| ADN | AGM02978912 2006-2 Servicer Report for Jun 2010 | |
| ADO | AGM03015541 2006-2 Servicer Report for Jul 2010 | |
| ADP | AGM03142900 2005-1 Servicer Report for Aug 2006 | |
| ADQ | AGM03143026 2005-1 Servicer Report for Sep 2006 | |
| ADR | AGM03143262 2005-1 Servicer Report for Oct 2006 | |
| ADS | AGM03143273 2005-1 Servicer Report for Nov 2006 | |
| ADT | AGM03143712 2005-1 Servicer Report for Sep 2007 | |
| ADU | AGM03143805 2005-1 Servicer Report for Oct 2007 | |
| ADV | AGM03143897 2005-1 Servicer Report for Nov 2007 | |
| ADW | AGM03143988 2005-1 Servicer Report for Dec 2006 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ADX | AGM03144099 2005-1 Servicer Report for Jan 2007 | |
| ADY | AGM03144218 2005-1 Servicer Report for Feb 2007 | |
| ADZ | AGM03144242 2005-1 Servicer Report for Mar 2007 | |
| AEA | AGM03144357 2005-1 Servicer Report for Apr 2007 | |
| AEB | AGM03144369 2005-1 Servicer Report for May 2007 | |
| AEC | AGM03144382 2005-1 Servicer Report for Jun 2007 | |
| AED | AGM03144395 2005-1 Servicer Report for Jul 2007 | |
| AEE | AGM03144492 2005-1 Servicer Report for Aug 2007 | |
| AEF | AGM03144587 2005-1 Servicer Report for Sep 2008 | |
| AEG | AGM03144647 2005-1 Servicer Report for Oct 2008 | |
| AEH | AGM03144706 2005-1 Servicer Report for Nov 2008 | |
| AEI | AGM03144765 2005-1 Servicer Report for Dec 2007 | |
| AEJ | AGM03144855 2005-1 Servicer Report for Jan 2008 | |
| AEK | AGM03144944 2005-1 Servicer Report for Feb 2008 | |
| AEL | AGM03145030 2005-1 Servicer Report for Mar 2008 | |
| AEM | AGM03145098 2005-1 Servicer Report for Apr 2008 | |
| AEN | AGM03145225 2005-1 Servicer Report for May 2008 | |
| AEO | AGM03145253 2005-1 Servicer Report for Jun 2008 | |
| AEP | AGM03145315 2005-1 Servicer Report for Jul 2008 | |
| AEQ | AGM03145376 2005-1 Servicer Report for Aug 2008 | |
| AER | AGM03145459 2005-1 Servicer Report for Dec 2008 | |
| AES | AGM03145465 2005-1 Servicer Report for Jan 2009 | |
| AET | AGM03145723 2005-1 Servicer Report for Feb 2009 | |
| AEU | AGM03145730 2005-1 Servicer Report for Mar 2009 | |
| AEV | AGM03145983 2005-1 Servicer Report for Apr 2009 | |
| AEW | AGM03146111 2005-1 Servicer Report for May 2009 | |
| AEX | AGM03146236 2005-1 Servicer Report for Jun 2009 | |
| AEY | AGM03146360 2005-1 Servicer Report for Jul 2009 | |
| AEZ | AGM03146482 2005-1 Servicer Report for Aug 2009 | |
| AFA | AGM03146604 2005-1 Servicer Report for Sep 2009 | |
| AFB | AGM03146721 2005-1 Servicer Report for Oct 2009 | |
| AFC | AGM03146728 2005-1 Servicer Report for Nov 2009 | |
| AFD | AGM03146735 2005-1 Servicer Report for Dec 2009 | |
| AFE | AGM03146749 2005-1 Servicer Report for Feb 2010 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AFF | AGM03146755 2005-1 Servicer Report for May 2010 | |
| AFG | AGM03146761 2005-1 Servicer Report for Jun 2010 | |
| AFH | AGM03146768 2005-1 Servicer Report for Jul 2010 | |
| AFI | AGM03146774 2005-1 Servicer Report for Aug 2010 | |
| AFJ | AGM03146886 2005-1 Servicer Report for Jan 2010 | |
| AFK | AGM03147101 2005-1 Servicer Report for Mar 2010 | |
| AFL | AGM03147211 2005-1 Servicer Report for Apr 2010 | |
| AFM | AGM03147325 2005-1 Servicer Report for Oct 2010 | |
| AFN | AGM03147332 2005-1 Servicer Report for Nov 2010 | |
| AFO | AGM03147339 2005-1 Servicer Report for Sep 2010 | |
| AFP | AGM03147346 2006-2 Servicer Report for Sep 2010 | |
| AFQ | AGM03420447 2006-2 Servicer Report for Mar 2010 | |
| AFR | AGM03421220 2006-2 Servicer Report for Feb 2010 | |
| AFS | AGM03422389 2006-2 Servicer Report for Jul 2009 | |
| AFT | AGM03423115 2006-2 Servicer Report for Jun 2009 | |
| AFU | AGM03984082 FSA: Policy Statement | |
| AFV | AGM03984150 FSA Operating Guidelines Risk Management 2/15/2007 | 401, 402, 403, 801, 802 |
| AFW | AGM03984161-212 FSA General Underwriting Guidelines, November 8, 2007 | |
| AFX | AGM04002729 FSA Operating Guidelines Risk Management 10/27/05 | |
| AFY | AGM04123840 Email from Brian Boike dated 12/20/05 | 401, 402, 403, 801, 802 |
| AFZ | AGM04125468 Email from David Rutkin dated 11/21/05 | 401, 402, 403, 801, 802 |
| AGA | AGM04125471 Email from Debbie Destefano dated 11/21/05 | 401, 402, 403, 801, 802 |
| AGB | AGM04125512 Email from Brian Boike dated 11/18/05 | 401, 402, 403, 801, 802 |
| AGC | AGM04125533 Email from David Beard dated 11/18/05 | 401, 402, 403, 801, 802 |
| AGD | AGM04125537 Fees Report | |
| AGE | AGM04125549 Email from Brian Boike dated 11/17/05 | 401, 402, 403, 801, 802 |
| AGF | AGM04125550 HEL.04 HEL.08 HEL.09.xls | |
| AGG | AGM04125560 Email from Brian Boike dated 11/17/05 | 401, 402, 403, 801, 802 |

6

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AGH | AGM04125622 Email from David Beard dated 11/16/05 | 401, 402, 403, 801, 802 |
| AGI | AGM04125627 Loan Review Status and Grade Event Summary | |
| AGJ | AGM04125628 DDUpload.xls | |
| AGK | AGM04125790 Exception Summary Report | |
| AGL | AGM04125805 Lead Comment and Exception Report | |
| AGM | AGM04125820 Individual Asset Summary Reports | |
| AGN | AGM04125916 LLDC051116_lncmp.xls | |
| AGO | AGM04125918 Loan Level Tape Comparison Report | |
| AGP | AGM04125930 Loan List | |
| AGQ | AGM04125934 Email from Debbie Destefano dated 11/16/05 | 401, 402, 403, 801, 802 |
| AGR | AGM04126244 Email from Debbie Destefano dated 11/16/05 | 401, 402, 403, 801, 802 |
| AGS | AGM04126247 Email from Paul White dated 11/16/05 | 401, 402, 403, 801, 802 |
| AGT | AGM04126250 Loan Review Status and Grade Event Summary | |
| AGU | AGM04126251 DDUpload.xls | |
| AGV | AGM04126413 Exception Summary Report | |
| AGW | AGM04126428 Lead Comment and Exception Report | |
| AGX | AGM04126443 Individual Asset Summary Reports | |
| AGY | AGM04126545 LLDC051115_lncmp.xls | |
| AGZ | AGM04126547 Loan Level Tape Comparison Report | |
| AHA | AGM04126559 Loan List | 401, 402, 801, 802 |
| AHB | AGM04126800 Email from David Beard dated 11/15/05 | 801, 802 |
| AHC | AGM04127116 Email from Debbie Destefano dated 11/15/05 | 401, 402, 403, 801, 802 |
| AHD | AGM04127447 Email from David Beard dated 11/15/05 | 401, 402, 403, 801, 802 |
| AHE | AGM04127457 Letter from Bryan Truxal Product Manager dated 11/8/05 | 401, 402, 403, 801, 802 |
| AHF | AGM04127484 Email from David Beard dated 11/14/05 | 401, 402, 403, 801, 802 |
| AHG | AGM04127623 Email from David Beard dated 11/11/05 | 401, 402, 403, 801, 802 |
| AHH | AGM04127626 2050-11-11 AVM Research.xls | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AHI | AGM04127883 Email from Ryan Ashley dated 11/9/05 | 401, 402, 403, 801, 802 |
| AHJ | AGM04127890 Email from Jeffrey P. Dykstra dated 11/9/05 | 401, 402, 403, 801, 802 |
| AHK | AGM04127893 67 loans not accounted for in exceptions tab.xls | |
| AHL | AGM04128089 Email from David Beard dated 11/4/05 | 401, 402, 403, 801, 802 |
| AHM | AGM04128089 Email from David Beard to Debbie Destefano | 401, 402, 403, 801, 802 |
| AHN | AGM04128092 FSA Report | |
| AHO | AGM04128130 Email from David Beard dated 11/2/05 | 401, 402, 403, 801, 802 |
| AHP | AGM04128162 Email from David Beard dated 10/31/05 | 401, 402, 403, 801, 802 |
| AHQ | AGM04128162 Email from David Beard to Debbie Destefano | 401, 402, 403, 801, 802 |
| AHR | AGM04128165 FSA Report | |
| AHS | AGM04128173 Email from David Beard dated 10/31/05 | 401, 402, 403, 801, 802 |
| AHT | AGM04128176 Loan Review Status and Grade Event Summary | |
| AHU | AGM04128177 DDUpload.xls | |
| AHV | AGM04128312 Exception Summary Report | |
| AHW | AGM04128323 Lead Comment and Exception Report | |
| AHX | AGM04128347 Individual Asset Summary Reports | |
| AHY | AGM04128501 LLDC051028_lncmp.xls | |
| AHZ | AGM04128503 Loan Level Tape Comparison Report | |
| AIA | AGM04128514 Loan List | |
| AIB | AGM04128569 Email from Ryan Ashley dated 10/25/05 | 401, 402, 403, |
| AIC | AGM04128569 Email from Ryan Ashley to Debbie Destefano | 401, 402, 403, |
| AID | AGM04128574 125 Rand Selection (102505).xls | |
| AIE | AGM04128583 Email from Ryan Ashley dated 10/24/05 | 401, 402, 403 |
| AIF | AGM04128585 Rand_PullList.XLS | |
| AIG | AGM04128816 Email from David Beard dated 10/6/05 | 401, 402, 403, 801, 802 |
| AIH | AGM04128834 Email from Ryan Ashley dated 10/5/05 | 401, 402, 403 |
| AII | AGM04128835 Email from Ryan Ashley dated 10/5/05 | 401, 402, 403 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AIJ | AGM04128837 Email from David Beard dated 10/5/05 | 401, 402, 403, 801, 802 |
| AIK | AGM04128839 FSA Report | |
| AIL | AGM04128865 Email from George Stiehl dated 10/4/05 | 401, 402, 403, 801, 802 |
| AIM | AGM04128866 Flagstar Due Diligence Sample (October).xls | |
| AIN | AGM04128877 Email from George Stiehl dated 10/4/05 | 401, 402, 403, 801, 802 |
| AIO | AGM04128879 Clayton 200 Status.xls | |
| AIP | AGM04128885 Email from Ryan Ashley dated 10/3/05 | 401, 402, 403 |
| AIQ | AGM04128886 Loans in FSA pull list not Clayton.xls | |
| AIR | AGM04140391 9/21/06 Email from O. Barajas to G. Stiehl | 401, 402, 403, 801, 802 |
| AIS | AGM04140391 Email from Oscar Barajas dated 9/21/06 | 401, 402, 403, 801, 802 |
| AIT | AGM04140392 Email from David Beard dated 9/21/06 | 401, 402, 403, 801, 802 |
| AIU | AGM04140675 Email from David Beard to Ryan Ashley | 401, 402, 403 |
| AIV | AGM04140733 Email from David Beard dated 9/15/06 | 401, 402, 403 |
| AIW | AGM04140733 Email from David Beard to Ryan Ashley | 401, 402, 403 |
| AIX | AGM04140733-34  9/15/06 Email from D. Beard to R. Ashley, G. Stiehl, S. Hachikian | 401, 402, 403 |
| AIY | AGM04157994 Email from David Beard dated 9/28/06 | 401, 402, 403 |
| AIZ | AGM04285652 Email from David Beard dated 5/24/05 | 401, 402, 403, 801, 802 |
| AJA | AGM04285654 Flagstar Due Diligence Tape.xls | |
| AJB | AGM04294176 Email from Steven Hachikian dated 3/8/05 | 401, 402, 403 |
| AJC | AGM04318097 Email from Paul White dated 10/6/05 | 401, 402, 403, 801, 802 |
| AJD | AGM04318099 05-10-05 JPM Tape.xls | |
| AJE | AGM04318507 Email from Jeffrey Dykstra dated 10/5/06 | 401, 402, 403, 801, 802 |
| AJF | AGM04386527 Email from Charles Campbell dated 3/18/05 | 401, 402, 403, 801, 802 |
| AJG | AGM04391467-468 2/1/06 Email from D. Williams to A. Thomas | 401, 402, 403 |
| AJH | AGM04398183 8/31/05 Email from D. Beard to D. Williams, G. Stiehl, A. Thomas | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AJI | AGM04398184-85 Attachment to 8/31/05 Email from D. Beard to D. Williams, G. Stiehl, A. Thomas | |
| AJJ | AGM04402612 Email from David Beard dated 6/15/05 | 401, 402, 403, 801, 802 |
| AJK | AGM04402614 Flagstar 05-1 Exceptions.xls | |
| AJL | AGM04402624 Email from David Rutkin dated 6/15/05 | 401, 402, 403, 801, 802 |
| AJM | AGM04402631 Email from David Rutkin dated 6/15/05 | 401, 402, 403, 801, 802 |
| AJN | AGM04403081 Email from Paul White dated 6/13/05 | 401, 402, 403, 801, 802 |
| AJO | AGM04403125 Email from Debbie Destefano dated 6/10/05 | 401, 402, 403, 801, 802 |
| AJP | AGM04403129 Email from Andre Thomas dated 6/10/05 | 401, 402, 403, 801, 802 |
| AJQ | AGM04403166 Email from Andre Thomas dated 6/10/05 | 401, 402, 403, 801, 802 |
| AJR | AGM04403176 Email from Debbie Destefano dated 6/7/05 | 401, 402, 403, 801, 802 |
| AJS | AGM04403200 Email from Debbie Destefano dated 6/7/05 | 401, 402, 403, 801, 802 |
| AJT | AGM04403239 Email from Debbie Destefano dated 6/6/05 | 401, 402, 403, 801, 802 |
| AJU | AGM04403239 Email from Debbie Destefano to David Beard | 401, 402, 403, 801, 802 |
| AJV | AGM04403244 Email from David Beard dated 6/6/05 | 401, 402, 403, 801, 802 |
| AJW | AGM04403244 Email from Debbie Destefano to David Beard | 401, 402, 403, 801, 802 |
| AJX | AGM04477264 Email from Richard Holzinger dated 3/8/05 | 401, 402, 403, 801, 802 |
| AJY | AGM04527545 Email from David Beard dated 5/10/05 | 401, 402, 403, 801, 802 |
| AJZ | AGM04527545 Email from David Beard to George Stiehl | 401, 402, 403, 801, 802 |
| AKA | AGM04527547 Due Diligence Sample | 401, 402, 403, 801, 802 |
| AKB | AGM04556911 Email from George Stiehl dated 12/30/05 | 401, 402, 403, 801, 802 |
| AKC | AGM04557195 Email from George Stiehl dated 12/30/05 | 401, 402, 403, 801, 802 |
| AKD | AGM04567344 EV3 Loan Detail Sheets | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AKE | AGM04574427 Email from David Beard dated 1/25/06 | 401, 402, 403, 801, 802 |
| AKF | AGM04594320 Email from David Beard dated 11/28/05 | 401, 402, 403, 801, 802 |
| AKG | AGM04594324 DDUpload.xls | 401, 402, 403, 801, 802 |
| AKH | AGM04594630 Exception Summary Report | 401, 402, 403, 801, 802 |
| AKI | AGM04594638 Lead Comment and Exception Report | 401, 402, 403, 801, 802 |
| AKJ | AGM04594650 FSA Report | |
| AKK | AGM04594658 Individual Asset Summary Reports | |
| AKL | AGM04594702 LLDC051128_Incmp.xls | |
| AKM | AGM04594707 Loan Level Tape Comparison Report | |
| AKN | AGM04594719 Loan List | |
| AKO | AGM04594723 Loan Review Status and Grade Event Summary | |
| AKP | AGM04594734 Email from Debbie Destefano dated 11/22/05 | 401, 402, 403, 801, 802 |
| AKQ | AGM04594736 DDUpload.xls | |
| AKR | AGM04595042 Exception Summary Report | |
| AKS | AGM04595071 Lead Comment and Exception Report | |
| AKT | AGM04595083 Individual Asset Summary Reports | |
| AKU | AGM04595133 LLDC051128_Incmp.xls | |
| AKV | AGM04595135 Loan Level Tape Comparison Report | |
| AKW | AGM04595147 Loan List | |
| AKX | AGM04595151 Loan Review Status and Grade Event Summary | |
| AKY | AGM04595458 Email from Debbie Destefano dated 11/21/05 | 401, 402, 403, 801, 802 |
| AKZ | AGM04595777 Email from Bill Clarkson dated 11/18/05 | 401, 402, 403, 801, 802 |
| ALA | AGM04595788 Email from Brian Boike dated 11/15/05 | 401, 402, 403, 801, 802 |
| ALB | AGM04596014 Email from George Stiehl dated 11/1/05 | 401, 402, 403, 801, 802 |
| ALC | AGM04596014 October 31 2005 e-mail from David Beard to Debbie Destefano | 401, 402, 403, 801, 802 |
| ALD | AGM04596015 Email from Paul White dated 11/1/05 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ALE | AGM04596016 Tape Discrep.xls | |
| ALF | AGM04596017 Email from George Stiehl dated 11/1/05 | 401, 402, 403, 801, 802 |
| ALG | AGM04596693 Email from David Beard dated 10/25/05 | 401, 402, 403, 801, 802 |
| ALH | AGM04596798 Email from David Beard dated 10/17/05 | 401, 402, 403, 801, 802 |
| ALI | AGM04597499 Email from George Stiehl | 401, 402, 403, 801, 802 |
| ALJ | AGM04597531 Email from Jeffrey P. Dykstra dated 10/4/05 | 401, 402, 403, 801, 802 |
| ALK | AGM04597537 Email from George Stiehl dated 10/3/05 | 401, 402, 403 |
| ALL | AGM04597538 Diligence loans not in tape.xls | |
| ALM | AGM04597540 Email from George Stiehl dated 10/3/05 | 401, 402, 403 |
| ALN | AGM04597940 Email from David Beard dated 9/29/05 | 401, 402, 403 |
| ALO | AGM04608647 Email from Oscar Barajas dated 10/11/06 | 401, 402, 403, 801, 802 |
| ALP | AGM04608648 EV3 Disposition and Comment Report dated 10/11/06 | Unreadable. 401, 402, 403, 801, 802 |
| ALQ | AGM04608649 EV3 Loan Detail Sheets dated 10/11/06 | Unreadable. 401, 402, 403, 801, 802 |
| ALR | AGM04608650 Loan Disposition Report dated 10/11/06 | Unreadable. 401, 402, 403, 801, 802 |
| ALS | AGM04608651 Primary Issue Report dated 10/11/06 | Unreadable. 401, 402, 403, 801, 802 |
| ALT | AGM04608652 Tape Deltas dated 10/11/06 | Unreadable. 401, 402, 403, 801, 802 |
| ALU | AGM04608653 Email from Oscar Barajas dated 10/11/06 | 401, 402, 403, 801, 802 |
| ALV | AGM04608660 Email from Brian Boike dated 10/10/06 | 401, 402, 403, 801, 802 |
| ALW | AGM04608690 Email from David Beard dated 10/10/06 | 401, 402, 403, 801, 802 |
| ALX | AGM04613075 Email from David Beard dated 10/10/06 | 401, 402, 403, 801, 802 |
| ALY | AGM04621361 Email from Oscar Barajas dated 10/2/06 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ALZ | AGM04621362 Tape Delta Stratification | Unreadable. 401, 402, 403, 801, 802. |
| AMA | AGM04621696 Email from Oscar Barajas dated 9/26/06 | 401, 402, 403, 801, 802 |
| AMB | AGM04621721 Email from Brian Boike dated 9/26/06 | 401, 402, 403, 801, 802 |
| AMC | AGM04621728 Email from George Stiehl dated 9/26/06 | 401, 402, 403, 801, 802 |
| AMD | AGM04621734 Email from Brian Boike dated 9/26/06 | 401, 402, 403, 801, 802 |
| AME | AGM04621738 Email from David Beard dated 9/26/06 | 401, 402, 403, 801, 802 |
| AMF | AGM04621901 Email from George Stiehl dated 9/21/06 | 901, 402, 403 |
| AMG | AGM04621902 FSA Guidelines | |
| AMH | AGM04622165 Email from David Beard dated 12/29/05 | 401, 402, 403, 801, 802 |
| AMI | AGM04622173 05-1 Loan Level Data | |
| AMJ | AGM04622210 05-1 Loan Level Data | |
| AMK | AGM04622661 Email from Shilla Kim-Parker dated 12/28/05 | 401, 402, 403, 801, 802 |
| AML | AGM04622663 Email from Paul White dated 12/28/05 | 401, 402, 403, 801, 802 |
| AMM | AGM04622876 Email from David Beard dated 12/27/05 | 401, 402, 403, 801, 802 |
| AMN | AGM04623084 Email from David Beard dated 12/19/05 | 401, 402, 403 |
| AMO | AGM04623087 FSACodes.xls | 401, 402, 403, 801, 802 |
| AMP | AGM04631844 Email from Brian Boike dated 12/22/06 | 401, 402, 403, 801, 802 |
| AMQ | AGM04631851 Email from Oscar Barajas dated 12/11/06 | 401, 402, 403, 801, 802 |
| AMR | AGM04631853 15401 Flagstar FSA Grade Matrix.xls | |
| AMS | AGM04632016 Email from George Stiehl dated 12/11/06 | 401, 402, 403, 801, 802 |
| AMT | AGM04632019 15401 Flagstar 06-2 Export.xls | |
| AMU | AGM04632091 15401 J.P. Morgan Flagstar DD.xls | |
| AMV | AGM04632334 Email from George Stiehl dated 12/11/06 | 401, 402, 403 |
| AMW | AGM04632335 DDUpload.xls | |
| AMX | AGM04632470 Diligence results.xls | |

13

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AMY | AGM04632490 Email from Oscar Barajas dated 12/8/06 | 401, 402, 403, 801, 802 |
| AMZ | AGM04632492 EV3 Loan Detail Sheets | |
| ANA | AGM04632504 Loan Disposition Report | |
| ANB | AGM04632505 Primary Issue Report | |
| ANC | AGM04632506 Tape Deltas | |
| AND | AGM04632511 EV3 Disposition and Comment Report | |
| ANE | AGM04633712 Email from Paul White dated 12/6/06 | 401, 402, 403, 801, 802 |
| ANF | AGM04633715 DD Upload Report dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANG | AGM04633716 EV3 Disposition and Comment Report dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANH | AGM04633717 EV3 Loan Detail Sheets dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANI | AGM04633718 Exception Summary dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANJ | AGM04633719 J.P. Morgan Credit Compliance Export dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANK | AGM04633720 Loan Disposition Report dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANL | AGM04633721 Primary Issue Report dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANM | AGM04633722 Tape Deltas dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANN | AGM04633725 Email from Kathryn Bauer dated 12/6/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANO | AGM04634102 Email from David Beard dated 11/29/06 | 401, 402, 403, 801, 802 |
| ANP | AGM04634262-64 11/27/06 Email from K. Bauer to D. Beard | 401, 402, 403, 801, 802 |
| ANQ | AGM04635694 Email from Paul White dated 11/17/06 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ANR | AGM04635697DD Upload Report dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANS | AGM04635698 EV3 Disposition and Comment Report dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANT | AGM04635699 EV3 Loan Detail Sheets dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANU | AGM04635700 Exception Summary dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANV | AGM04635701 Loan Disposition Report dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANW | AGM04635702 Primary Issue Report dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANX | AGM04635703 Tape Deltas dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANY | AGM04635704 Loans Pending Client approval.pdf dated 11/16/06 | Unreadable. 401, 402, 403, 801, 802 |
| ANZ | AGM04638377 Email from Oscar Barajas dated 11/9/06 | 401, 402, 403, 801, 802 |
| AOA | AGM04638378 EV3 Disposition and Comment Report dated 11/9/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOB | AGM04638379 EV3 Loan Detail Sheets dated 11/9/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOC | AGM04638380 Loan Disposition Report dated 11/9/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOD | AGM04638381 Primary Issue Report dated 11/9/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOE | AGM04638382 Tape Deltas dated 11/9/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOF | AGM04638430 Email from David Beard dated 11/6/06 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AOG | AGM04643197 Email from Oscar Barajas dated 10/18/06 | 401, 402, 403, 801, 802 |
| AOH | AGM04644852 Email from Oscar Barajas dated 10/18/06 | 401, 402, 403, 801, 802 |
| AOI | AGM04644853 EV3 Disposition and Comment Report dated 10/17/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOJ | AGM04644854 EV3 Loan Detail Sheets dated 10/17/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOK | AGM04644855 Loan Disposition Report dated 10/17/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOL | AGM04644856 Primary Issue Report dated 10/17/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOM | AGM04644857 Tape Deltas dated 10/17/06 | Unreadable. 401, 402, 403, 801, 802 |
| AON | AGM04645039 Flagstar 06-2 Daily Reports | |
| AOO | AGM04645392 Email from Brian Boike dated 10/16/06 | 401, 402, 403, 801, 802 |
| AOP | AGM04645433 Email from David Beard dated 10/12/06 | 401, 402, 403, 801, 802 |
| AOQ | AGM04654173 Email from Kathryn Bauer dated 12/20/06 | 401, 402, 403, 801, 802 |
| AOR | AGM04654176 DD Upload Report | Unreadable. 401, 402, 403, 801, 802 |
| AOS | AGM04654176 DD Upload Report dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOT | AGM04654177 EV3 Disposition and Comment Report | Unreadable. 401, 402, 403, 801, 802 |
| AOU | AGM04654177 EV3 Disposition and Comment Report dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOV | AGM04654178 EV3 Loan Detail Sheets | Unreadable. 401, 402, 403, 801, 802 |
| AOW | AGM04654178 EV3 Loan Detail Sheets dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AOX | AGM04654179 Exception Summary | Unreadable. 401, 402, 403, 801, 802 |
| AOY | AGM04654179 Exception Summary dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| AOZ | AGM04654180 Loan Disposition Report | Unreadable. 401, 402, 403, 801, 802 |
| APA | AGM04654180 Loan Disposition Report dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| APB | AGM04654181 Primary Issue Report | Unreadable. 401, 402, 403, 801, 802 |
| APC | AGM04654181 Primary Issue Report dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| APD | AGM04654182 Tape Deltas | Unreadable. 401, 402, 403, 801, 802 |
| APE | AGM04654182 Tape Deltas dated 12/20/06 | Unreadable. 401, 402, 403, 801, 802 |
| APF | AGM04654380-83 12/13/06 Email from C. Beirne to G. Stiehl | 401, 402, 403, 801, 802 |
| APG | AGM04654381-83 Attachment to 12/13/06 Email from C. Beirne to G. Stiehl | 401, 402, 403, 801, 802 |
| APH | AGM04702856 Email from Richard Holzinger dated 3/8/05 | 401, 402, 403, |
| API | AGM04758073 Loan Status Report Flagstar 05-1 March 2008 | |
| APJ | AGM04758135 Loan Status Report HELOC 05-1 February 2008 | |
| APK | AGM04764913 3/24/08 Email from D. Williams to G. Stiehl | 401, 402, 403 |
| APL | AGM04894256 FSA Operating Guidelines Last Revised 4/19/06 | |
| APM | AGM06132209 Assured 05-1 Credit Memo | Misidentified. 401, 402, 403 |
| APN | AGM06132209 Assured 2005-1 Credit Memo | Misidentified. 401, 402, 403 |
| APO | AGM06132209-305 2005-1 Report to Management Committee | Misidentified. 401, 402, 403 |

17

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| APP | AGM06132306 Assured 06-2 Credit Memo | 401, 402, 403 |
| APQ | AGM06132306 Assured 2006-2 Credit Memo | 401, 402, 403 |
| APR | AGM06135376 Email from David Beard dated 10/3/05 | 401, 402, 403, 801, 802 |
| APS | AGM06135383 Flagstar_Special_Confirmation.pdf | |
| APT | AGM06137736 Email from David Beard dated 12/7/05 | 401, 402, 403, 801, 802 |
| APU | AGM06137738 Inventory Report 05-1 | |
| APV | AGM06137982 Exception Report 05-1 | |
| APW | AGM06138052 JPMorgan Exhibit B Form of Initial Certification | |
| APX | AGM06148297 Email from Elena Litvinova dated 10/5/05 | 401, 402, 403, 801, 802 |
| APY | AGM06148321 Email from Elena Litvinova dated 10/5/05 | 401, 402, 403, 801, 802 |
| APZ | AGM06148358 Email from Debbie Destefano to David Beard | 401, 402, 403, 801, 802 |
| AQA | AGM06148358 Email from Ryan Ashley dated 10/4/05 | 401, 402, 403, 801, 802 |
| AQB | AGM06148361 Flagstar LIDs with RndmSelect.xls | |
| AQC | AGM06148363 Flagstar Due Diligence Sample.xls | |
| AQD | AGM06149239 Email from David Beard dated 6/23/05 | 401, 402, 403, 801, 802 |
| AQE | AGM06166997-999 Stips Cleared Report dated 11/06/06 | |
| AQF | AGM06167000-13 EV3 Disposition and Comment Report dated 11/6/06 | |
| AQG | AGM06167014 EV3 Loan Detail Sheets dated 11/6/06 | |
| AQH | AGM06167216 Loan Disposition Report dated 11/6/06 | |
| AQI | AGM06167217 Primary Issue Report dated 11/6/06 | |
| AQJ | AGM06167218 Tape Deltas dated 11/6/06 | |
| AQK | AGM06167237 Email from Oscar Barajas dated 11/6/06 | 401, 402, 403, 801, 802 |
| AQL | AGM06167238-240 2006-2 JP Morgan Transaction Stips cleared report dated 11/06/06 | 401, 402, 403, 801, 802 |
| AQM | AGM06167800-003 4/10/06 Email from D. Watson to D. Williams | 401, 402, 403, 801, 802 |
| AQN | AGM06170676-684 FSA Board Minutes, Sep. 14, 2005 | 401, 402, 403, 801, 802 |
| AQO | AGM06171012 FSA Operating Guidelines Last Revised 2/16/06 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AQP | AGM06171012 FSA Operating Guidelines Risk Management 2/16/06 | |
| AQQ | AGM1066457-460 RMG Servicing Review Report | 401, 402, 403, 801, 802 |
| AQR | CLAY-AGMFLAGSTAR-00031 DDUpload.xls | |
| AQS | CLAY-AGMFLAGSTAR-01131 Exception Summary Report | |
| AQT | CLAY-AGMFLAGSTAR-01214 Lead Comment and Exception Report | |
| AQU | CLAY-AGMFLAGSTAR-01217 Individual Asset Summary Reports | |
| AQV | CLAY-AGMFLAGSTAR-01221 DDUpload.xls | |
| AQW | CLAY-AGMFLAGSTAR-01226 Loan Level Tape Comparison Report | |
| AQX | CLAY-AGMFLAGSTAR-01253 Loan List | |
| AQY | CLAY-AGMFLAGSTAR-01261 Loan Review Status and Grade Event Summary | |
| AQZ | CLAY-AGMFLAGSTAR-01262 Missing Document Report Pool | |
| ARA | CLAY-AGMFLAGSTAR-01265 DDUpload.xls | |
| ARB | CLAY-AGMFLAGSTAR-01683 Exception Summary Report | |
| ARC | CLAY-AGMFLAGSTAR-01716 Lead Comment and Exception Report | |
| ARD | CLAY-AGMFLAGSTAR-01732 Individual Asset Summary Reports | |
| ARE | CLAY-AGMFLAGSTAR-01770 DDUpload.xls | |
| ARF | CLAY-AGMFLAGSTAR-01772 Loan Level Tape Comparison Report | |
| ARG | CLAY-AGMFLAGSTAR-01781 Loan List | |
| ARH | CLAY-AGMFLAGSTAR-01787 Loan Review Status and Grade Event Summary | |
| ARI | CLAY-AGMFLAGSTAR-01788 Exception Detail Report | |
| ARJ | CLAY-AGMFLAGSTAR-01813 Exception Detail Report | |
| ARK | CLAY-AGMFLAGSTAR-01853 Individual Asset Summary Reports | |
| ARL | CLAY-AGMFLAGSTAR-01963 Individual Asset Summary Reports | |
| ARM | CLAY-AGMFLAGSTAR-02037 LLDC051229_lncmp.xls | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ARN | CLAY-AGMFLAGSTAR-02043 Loan Level Tape Comparison Report | |
| ARO | CLAY-AGMFLAGSTAR-02051 Loan Review Status and Grade Event Summary | |
| ARP | CLAY-AGMFLAGSTAR-02052 DDUpload.xls | |
| ARQ | CLAY-AGMFLAGSTAR-02967 DDUpload.xls | |
| ARR | CLAY-AGMFLAGSTAR-03071 Exception Summary Report | |
| ARS | CLAY-AGMFLAGSTAR-03101 Exception Detail Report | |
| ART | CLAY-AGMFLAGSTAR-03129 Individual Asset Summary Reports | |
| ARU | CLAY-AGMFLAGSTAR-03194 LLDC061005_lncmp.xls | |
| ARV | CLAY-AGMFLAGSTAR-03258 Loan Level Tape Comparison Report | |
| ARW | CLAY-AGMFLAGSTAR-03333 Loan List | |
| ARX | CLAY-AGMFLAGSTAR-03360 Loan Review Status and Grade Event Summary | |
| ARY | FLAGSTAR 0000020130-156 2005-1 Repurchase demands dated 1/13/09 | |
| ARZ | FLAGSTAR 0000020159-184 2006-2 Repurchase demands dated 1/13/09 | |
| ASA | FLAGSTAR 0000025830-831 Fax from E. Uhr to Flagstar dated 5/19/08 | |
| ASB | FLAGSTAR 000008065-066 - 2/13/09 email from J. Sopha to L. Kobrin. | 801, 802 |
| ASC | FLAGSTAR 000008521-522 - 2/13/09 email from J. Sopha to L. Kobrin | 801, 802 |
| ASD | FLAGSTAR 000009178-181 - 2/18/09 email from L. Kobrin to J. Sopha | 801, 802 |
| ASE | FLAGSTAR 000009184-189 4/23/09 Email from M. Roslin to J. Sopha | 801, 802 |
| ASF | FLAGSTAR 000009515-516 6/22/09 Email from M. Roslin to E. Uhr, G. Stiehl, L. Kobrin, A. Shapiro | 801, 802 |
| ASG | FLAGSTAR 000009528-13 7/16/09 Email from M. Roslin to E. Uhr | 801, 802 |
| ASH | FLAGSTAR 000009532-39 Attachment to 7/16/09 Email from M. Roslin to E. Uhr | |
| ASI | FLAGSTAR 000009540-541 7/22/09 email from L. Kobrin to J. Sopha | |
| ASJ | FLAGSTAR 000009542-544 7/28/09 Email from J. Sopha to L. Kobrin | 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ASK | FLAGSTAR 000009545-48 9/23/09 Email from M. Roslin to L. Kobrin | 801, 802 |
| ASL | FLAGSTAR 000009549-50 Attachment to 9/23/09 Email from M. Roslin to L. Kobrin | |
| ASM | FLAGSTAR 000009720-23 9/2/10 Email from J. Sopha to L. Kobrin | 801, 802 |
| ASN | FLAGSTAR 000015298 2005-1 Offering Circular | |
| ASO | FLAGSTAR 000015461 2005-1 Indenture | |
| ASP | FLAGSTAR 000015595 2005-1 Purchase Agreement | |
| ASQ | FLAGSTAR 000015628 2005-1 Sales & Servicing Agreement | |
| ASR | FLAGSTAR 000015742 2005-1 Glossary of Defined Terms | |
| ASS | FLAGSTAR 0000158032-033 Fax from E. Uhr to Flagstar dated 12/26/07 | |
| AST | FLAGSTAR 000020128-129 Letter from L. Kobrin to Flagstar dated 9/3/10 re 2006-2 Repurchase Demands | |
| ASU | FLAGSTAR 000020157-158 Letter from L. Kobrin to Flagstar dated 9/3/10 re 2005-1 Repurchase Demands | |
| ASV | FLAGSTAR 000023390-392 Unsigned letter from D. Beard to M. Roslin dated 10/5/05 | |
| ASW | FLAGSTAR 000023405 2/3/11 letter from J. Sopha to L. Kobrin | |
| ASX | FLAGSTAR 000023406-12; AGM00001771-772 Letter from FSA to Flagstar dated 7/15/09 | |
| ASY | FLAGSTAR 000023722 11/30/10 letter from J. Sopha to L. Kobrin | |
| ASZ | FLAGSTAR 000023723-243 Responses to FSA 2010 Repurchase Demands | |
| ATA | FLAGSTAR 000025305-313 Letter from A. Shapiro to Flagstar dated 6/18/09 | |
| ATB | FLAGSTAR 000025471-72 3/7/11 letter from M. Roslin to C. Will | |
| ATC | FLAGSTAR 000025830-831 5/16/08 Letter from Uhr to Flagstar | |
| ATD | FLAGSTAR 000025832-33 3/2/11 Email from J. Sopha to L. Kobrin | 801, 802 |
| ATE | FLAGSTAR 000026038 Flagstar Bank, FSB Request for Repurchase, Makewhole or Loan Level Transfer | |
| ATF | FLAGSTAR 000026059  Flagstar Bank, FSB Request for Repurchase, Makewhole or Loan Level Transfer | |
| ATG | FLAGSTAR 000026093-094 Undated Due Diligence Meeting Agenda | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ATH | FLAGSTAR 000026095-101 Undated FSA Due Diligence Meeting Agenda | |
| ATI | FLAGSTAR 000054458 Due Diligence Notes dated 11/6/06 | |
| ATJ | FLAGSTAR 000137335-086 06-2 Prefunding Loan Tape | |
| ATK | FLAGSTAR 000140881-790 05-1 Prefunding Loan Tape | |
| ATL | FLAGSTAR 000142389-649 Residential Underwriting Guidelines | |
| ATM | FLAGSTAR 000185979-93 S&P Servicing Rating Report-November 2005 | 401, 402, 403 |
| ATN | FLAGSTAR 000334290-305 S&P Servicing Rating Report-November 2005 | 401, 402, 403 |
| ATO | FLAGSTAR 000364103-107 Collections and Foreclosure Procedures | 401, 402, 403 |
| ATP | FLAGSTAR 000364113-234 Loan Counseling Manual | 401, 402, 403 |
| ATQ | FLAGSTAR 000364832-951 Default Policy and Procedure | 401, 402, 403 |
| ATR | FLAGSTAR 000365778-843 Loss Mitigation PeopleSoft Manual | 401, 402, 403 |
| ATS | FLAGSTAR 000365844-857 Loss Mitigation Department Policy Manual | 401, 402, 403 |
| ATT | FLAGSTAR 000365902-6095 Portfolio Loss Mitigation Uniform Operating Manual | 401, 402, 403 |
| ATU | FLAGSTAR 000372078-083 2006-2 SSA Amendment No. 2 dated October 2011 | 401, 402, 403 |
| ATV | FLAGSTAR 000372110-120 2005-1 SSA Amendment No. 1 dated April 2011 | 401, 402, 403 |
| ATW | FLAGSTAR 000372110-120 Amendment No. 1 to 2005-1 Sale and Servicing Agreement | 401, 402, 403 |
| ATX | FLAGSTAR 000372121-131 2006-2 SSA Amendment No. 1 dated April 2011 | 401, 402, 403 |
| ATY | FLAGSTAR 000372121-131 Amendment No. 1 to 2006-2 Sale and Servicing Agreement | 401, 402, 403 |
| ATZ | FLAGSTAR 000384419-501 Consumer Loan Counseling Manual | 401, 402, 403 |
| ATA | FLAGSTAR 000394497-498 Letter to BNY re 2005 Repurchases | |
| ATB | FLAGSTAR 000394499-500 Letter to BNY re 2006 Repurchases | |
| ATC | FLAGSTAR 000394501-503 Email from BNY re Transfer Deficiency | 401, 402, 801, 802 |
| ATD | FLAGSTAR 000394504-508 Email from BNY re Transfer Deficiency & attachment | 401, 402, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| ATE | FLAGSTAR01_000045535-36  Salary.com Research | |
| ATF | FLAGSTAR01_000213207  Payment History Loan No. XXXX40493 | |
| ATG | FLAGSTAR01_000215399  Payment History Loan No. XXXX32616 | |
| ATH | FLAGSTAR01_000308715  Payment History Loan No. XXXX91382 | |
| ATI | Lipshutz_00001-050 | |
| ATJ | Lipshutz_00051-100 | |
| ATK | Lipshutz_00101-150 | |
| ATL | MASON_02046-047 Connie Cook Resume | 401, 402, 801, 802 |
| ATM | MASON_02048-049 DeShanta Thompson Resume | 401, 402, 801, 802 |
| ATN | MASON_02050-052A. Faye King Resume | 401, 402, 801, 802 |
| ATO | MASON_02053-054 Linda D. Blanton Resume | 401, 402, 801, 802 |
| ATP | MASON_02055-057 Marcella Wilson Resume | 401, 402, 801, 802 |
| ATQ | MASON_02058-059 Mary Gordon Resume | 401, 402, 801, 802 |
| ATR | MASON_02060-061 Rhonda Green Resume | 401, 402, 801, 802 |
| ATS | MASON_02062-069 Underwriter Survey | 401, 402, 801, 802 |
| ATT | MASON_02070-071 Underwriting Review Protocol | 401, 402, 801, 802 |
| ATU | MASON_02072 Alice Counts Resume | 401, 402, 801, 802 |
| ATV | SLS-000044-220 2005-1 Loan Stratification Reports | 401, 402, 801, 802 |
| ATW | SLS-000365 2005-1 Loan Stratification Report | 401, 402, 801, 802 |
| ATX | SLS-44-399 05-1 SLS Loan Stratification Reports | 401, 402, 801, 802 |
| ATY | A. Rutledge Deposition Exhibit 1 | 801, 802 |
| ATZ | D. Beard Deposition Exhibit 1 | 401, 402, 403 |
| AUA | D. Beard Deposition Exhibit 2 | |
| AUB | D. Beard Deposition Exhibit 3 | |
| AUC | D. Beard Deposition Exhibit 4 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AUD | D. Beard Deposition Exhibit 6 | |
| AUE | D. Beard Deposition Exhibit 7 | |
| AUF | D. Beard Deposition Exhibit 8 | |
| AUG | D. Beard Deposition Exhibit 9 | |
| AUH | D. Williams Deposition Exhibit 6 | 401, 402, 403 |
| AUI | D. Williams Deposition Exhibit 7 | 401, 402, 403 |
| AUJ | D. Williams Deposition Exhibit 8 | 401, 402, 403 |
| AUK | D. Williams Deposition Exhibit 9 | 401, 402, 403 |
| AUL | D. Williams Deposition Exhibit 10 | 401, 402, 403 |
| AUM | D. Williams Deposition Exhibit 11 | 401, 402, 403 |
| AUN | D. Williams Deposition Exhibit 12 | 401, 402, 403 |
| AUO | D. Williams Deposition Exhibit 13 | 401, 402, 403 |
| AUP | D. Williams Deposition Exhibit 14 | 401, 402, 403 |
| AUQ | D. Williams Deposition Exhibit 15 | 401, 402, 403 |
| AUR | D. Williams Deposition Exhibit 16 | 401, 402, 403 |
| AUS | D. Williams Deposition Exhibit 17 | 401, 402, 403 |
| AUT | D. Williams Deposition Exhibit 18 | 401, 402, 403 |
| AUU | D. Williams Deposition Exhibit 19 | 401, 402, 403 |
| AUV | G. Stiehl Deposition Exhibit 1 | Misidentied. 401, 402, 403, 801, 802 |
| AUW | G. Stiehl Deposition Exhibit 2 | 401, 402 |
| AUX | G. Stiehl Deposition Exhibit 3 | Inadequately identified. 801, 802 |
| AUY | G. Stiehl Deposition Exhibit 3a | |
| AUZ | G. Stiehl Deposition Exhibit 3b | |
| AVA | G. Stiehl Deposition Exhibit 3c | |
| AVB | G. Stiehl Deposition Exhibit 4 | 801, 802 |
| AVC | G. Stiehl Deposition Exhibit 5 | 801, 802 |
| AVD | G. Stiehl Deposition Exhibit 5 | 801, 802 |
| AVE | G. Stiehl Deposition Exhibit 6 | 401, 402 |
| AVF | G. Stiehl Deposition Exhibit 7 | 801, 802 |
| AVG | G. Stiehl Deposition Exhibit 8 | 401, 402 |
| AVH | G. Stiehl Deposition Exhibit 9 | 801, 802 |
| AVI | G. Stiehl Deposition Exhibit 10 | 801, 802 |

24

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AVJ | G. Stiehl Deposition Exhibit 11 | 801, 802 |
| AVK | G. Stiehl Deposition Exhibit 12 | 801, 802 |
| AVL | G. Stiehl Deposition Exhibit 13 | 801, 802 |
| AVM | G. Stiehl Deposition Exhibit 14 | Inadequately identified. 801, 802 |
| AVN | G. Stiehl Deposition Exhibit 14a | |
| AVO | G. Stiehl Deposition Exhibit 14b | |
| AVP | G. Stiehl Deposition Exhibit 14c | |
| AVQ | G. Stiehl Deposition Exhibit 14d | |
| AVR | G. Stiehl Deposition Exhibit 14e | |
| AVS | G. Stiehl Deposition Exhibit 14f | |
| AVT | G. Stiehl Deposition Exhibit 14g | |
| AVU | G. Stiehl Deposition Exhibit 15 | 401, 402 |
| AVV | G. Stiehl Deposition Exhibit 16 | 801, 802 |
| AVW | G. Stiehl Deposition Exhibit 17 | 401, 402 |
| AVX | G. Stiehl Deposition Exhibit 18 | 801, 802 |
| AVY | G. Stiehl Deposition Exhibit 19 | 401, 402 |
| AVZ | G. Stiehl Deposition Exhibit 20 | Misidentified. 401, 402, 403, 801, 802 |
| AWA | G. Stiehl Deposition Exhibit 21 | 801, 802 |
| AWB | G. Stiehl Deposition Exhibit 22 | 801, 802 |
| AWC | G. Stiehl Deposition Exhibit 23 | 801, 802 |
| AWD | G. Stiehl Deposition Exhibit 24 | 401, 402 |
| AWE | G. Stiehl Deposition Exhibit 25 | 401, 402 |
| AWF | G. Stiehl Deposition Exhibit 26 | 801, 802 |
| AWG | G. Stiehl Deposition Exhibit 27 | 801, 802 |
| AWH | G. Stiehl Deposition Exhibit 28 | 801, 802 |
| AWI | G. Stiehl Deposition Exhibit 29 | 801, 802 |
| AWJ | G. Stiehl Deposition Exhibit 30 | Misidentified. 401, 402, 403, 801, 802 |
| AWK | G. Stiehl Deposition Exhibit 31 | 801, 802 |
| AWL | G. Stiehl Deposition Exhibit 32 | 801, 802 |
| AWM | G. Stiehl Deposition Exhibit 33 | 801, 802 |

25

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AWN | G. Stiehl Deposition Exhibit 34 | 801, 802 |
| AWO | G. Stiehl Deposition Exhibit 35 | 401, 402, 403, 801, 802 |
| AWP | G. Stiehl Deposition Exhibit 36 | 401, 402, 403, 801, 802 |
| AWQ | J. Mason Deposition Exhibit 1 | 801, 802 |
| AWR | J. Mason Deposition Exhibit 2 | 401, 402, 403, 801, 802 |
| AWS | J. Mason Deposition Exhibit 3 | 401, 402, 403, 801, 802 |
| AWT | J. Mason Deposition Exhibit 4 | 401, 402, 403, 801, 802 |
| AWU | J. Mason Deposition Exhibit 5 | 801, 802 |
| AWV | J. Mason Deposition Exhibit 6 | |
| AWW | J. Mason Deposition Exhibit 7 | |
| AWX | J. Mason Deposition Exhibit 8 | |
| AWY | J. Mason Deposition Exhibit 9 | 402, 403 |
| AWZ | J. Mason Deposition Exhibit 10 | 801, 802 |
| AXA | J. Mason Deposition Exhibit 11 | 801, 802 |
| AXB | J. Mason Deposition Exhibit 12a | 401, 402, 403, 801, 802 |
| AXC | J. Mason Deposition Exhibit 12b | 401, 402, 403, 801, 802 |
| AXD | J. Mason Deposition Exhibit 12c | 401, 402, 403, 801, 802 |
| AXE | J. Mason Deposition Exhibit 12d | 401, 402, 403, 801, 802 |
| AXF | J. Mason Deposition Exhibit 12e | 401, 402, 403, 801, 802 |
| AXG | J. Mason Deposition Exhibit 12f | 401, 402, 403, 801, 802 |
| AXH | J. Mason Deposition Exhibit 12g | 401, 402, 403, 801, 802 |
| AXI | J. Mason Deposition Exhibit 12h | 401, 402, 403, 801, 802 |
| AXJ | J. Mason Deposition Exhibit 12i | 401, 402, 403, 801, 802 |
| AXK | J. Mason Deposition Exhibit 13 | |
| AXL | J. Mason Deposition Exhibit 14 | |
| AXM | J. Mason Deposition Exhibit 15 | 401, 402, 403, 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AXN | J. Mason Deposition Exhibit 16 | 401, 402, 403, 801, 802 |
| AXO | J. Mason Deposition Exhibit 17 | |
| AXP | R. Brewer Deposition Exhibit 1 | 401, 402, 403 |
| AXQ | R. Brewer Deposition Exhibit 3 | 401, 402, 403 |
| AXR | R. Brewer Deposition Exhibit 4 | 401, 402, 403 |
| AXS | R. Brewer Deposition Exhibit 5 | 401, 402, 403 |
| AXT | R. Brewer Deposition Exhibit 6 | |
| AXU | R. Brewer Deposition Exhibit 7 | |
| AXV | R. Brewer Deposition Exhibit 8 | |
| AXW | R. Brewer Deposition Exhibit 9 | |
| AXX | R. Brewer Deposition Exhibit 10 | |
| AXY | R. Brewer Deposition Exhibit 11 | |
| AXZ | R. Brewer Deposition Exhibit 12 | |
| AZA | R. Brewer Deposition Exhibit 13 | |
| AZB | T. Adams Deposition Exhibit 1 | |
| AZC | V. Beal Deposition Exhibit 2 | |
| AZD | V. Beal Deposition Exhibit 4 | |
| AZE | V. Beal Deposition Exhibit 5 | |
| AZF | V. Beal Deposition Exhibit 10 | |
| AZG | V. Beal Deposition Exhibit 11 | |
| AZH | V. Beal Deposition Exhibit 12 | |
| AZI | V. Beal Deposition Exhibit 13 | |
| AZJ | V. Beal Deposition Exhibit 14 | |
| AZK | V. Beal Deposition Exhibit 16 | 801, 802 |
| AZL | V. Beal Deposition Exhibit 17 | 801, 802 |
| AZM | V. Beal Deposition Exhibit 18 | 801, 802 |
| AZN | V. Beal Deposition Exhibit 19 | 801, 802 |
| AZO | Walzak 12/19 Deposition Exhibit 2 | |
| AZP | Walzak 12/19 Deposition Exhibit 3 | |
| AZQ | Walzak 12/19 Deposition Exhibit 4 | 801, 802 |
| AZR | Walzak 12/19 Deposition Exhibit 5 | 801, 802 |
| AZS | Walzak 12/19 Deposition Exhibit 6 | 801, 802 |
| AZT | Walzak 12/19 Deposition Exhibit 7 | 801, 802 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| AZU | Walzak 12/19 Deposition Exhibit 8 | 401, 402, 403, 801, 802, 805 |
| AZV | Walzak 12/19 Deposition Exhibit 9 | 401, 402, 403, 801, 802, 805 |
| AZW | Walzak 12/19 Deposition Exhibit 10 | 401, 402, 403, 801, 802, 805 |
| AZX | Walzak 12/20 Deposition Exhibit 2 | |
| AZY | Walzak 12/20 Deposition Exhibit 3 | |
| AZZ | Walzak 12/20 Deposition Exhibit 4 | |
| BAA | Walzak 12/19 Deposition Exhibit 5 | |
| BAB | Walzak 12/19 Deposition Exhibit 6 | |
| BAC | Walzak 12/19 Deposition Exhibit 7 | |
| BAD-0001 to BAD-0313 | 2009 Repurchase Demand Response Summaries, multiple Bates numbers | Not Adequately Identified. 401, 402, 403, 801, 802 |
| BAE | Assured Guaranty Ltd. Form 10-Q September 30 2011 | |
| BAF | Bureau of Labor Statistics - National & State Unemployment Rates (FL, CA & MI) 1999-2011 | 401, 402, 403, 801, 802 |
| BAG-0001 to BAG-0226 | Clear Capital Reports, multiple Bates numbers | Not Adequately identified. 401, 402, 403, 801, 802 |
| BAH | Corrected Expert Report of Rebecca Walzak & Exhibits dated 12/2/2011 | 801, 802 |
| BAI | Corrected Supplemental Expert Report of Rebecca Walzak & Exhibits, dated December 2, 2011 | 801, 802 |
| BAJ | Declaration of Nelson R. Lipshutz, Ph.D., filed 8/22/11 | 801, 802 |
| BAK-0001 to BAK-0422 | Digital Risk Reports, multiple Bates numbers | Not Adequately identified. 401, 402, 403, 801, 802 |
| BAL | E. Uhr Deposition Exhibit 13 | |
| BAM | E. Uhr Deposition Exhibit 5 | |
| BAN | Expert Report and Exhibits of Jeffrey Nielsen, dated December 22, 2011 | 401, 402, 403, 801, 802 |
| BAO | Expert Report and Exhibits of Russell Pleasants, dated December 22, 2011 | 401, 402, 403, 801, 802 |
| BAP | Expert Report and Exhibits of Nelson R. Lipshutz, Ph.D. | 801, 802 |
| BAQ | Flagstar Bancorp 10K 2011 | |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| BAR | Flagstar Bancorp 10Q First Quarter 2012 | |
| BAS | Flagstar Bancorp 10Q Second Quarter 2012 | |
| BAT | Flagstar Bancorp 10Q Third Quarter 2012 | |
| BAU | Flagstar Bank Receives Hall of Fame Award for Excellence in Servicing," Flagstar Bank Financial News May 5, 2009 | 401, 402, 403, 801, 802 |
| BAV | Flagstar Honored by Freddie Mac for Quality Servicing," PRNewswire February 16, 2006 | 401, 402, 403, 801, 802 |
| BAW | Freddie Mac Names Tier One Platinum, Gold Servicers: 50 Lenders Honored for Superior Investor Reporting, Default Management," Freddie Mac February 26, 2008 | 401, 402, 403, 801, 802 |
| BAX | HUD Fair Market Rent Statistics for various counties in U.S. 2004-2007 | 401, 402, 403, 801, 802 |
| BAY | Mason, Joseph and Joshua A. Rosner, *Where Did the Risk Go? How Misapplied Bond Ratings Cause Mortgage-Backed Securities and Collateralized Debt Obligations Market Disruptions*, Hudson Institute, May 2007 | 401, 402, 403, 801, 802 |
| BAZ | Mortgage Electronic Registration Systems registration information for various properties 2011 | Not Adequately identified. 401, 402, 403, 801, 802 |
| BBA | Rebecca Walzak, A Fair Fight for Repurchases, National Mortgage News February 15 2012 | |
| BBB-0001 to BBB-6674 | Redacted Loan Files, multiple Bates numbers | |
| BBC-0001 to BBC-2609 | Redacted Payment Histories, multiple Bates numbers | Not Adequately identified. 401, 402, 403, 801, 802 |
| BBD-0001 to BBD-0127 | Revised Expert Report, Exhibits and Appendix I of John Griggs, dated January 1, 2012 | 401, 402, 403, 801, 802 |
| BBE | S&P Case Shiller Home Price Indices 2005-2011 | Not Adequately identified. 401, 402, 403, 801, 802 |
| BBF | Transcript from Assured second quarter 2011 analyst call | Not Adequately identified. 401, 402, 403, 801, 802 |
| BBG | Chart, Home Prices vs Charge-Offs 2005-1 | 402 |

| Def. Ex. No. | Beg. Bates Number/Bates Range/Deposition Exhibit Number/General Description | Pl. Obj. |
|---|---|---|
| BBH | Chart, Home Prices vs Charge-Offs 2006-2 | 402 |
| BBI | Chart, Unemployment vs Charge-Offs 2005-1 | 402 |
| BBJ | Chart, Unemployment vs Charge-Offs 2006-2 | 402 |

Dated:    New York, New York
          October 3, 2012

                              ARNOLD & PORTER LLP

                              By:    /s/ Veronica E. Rendón
                                     Veronica E. Rendón
                                     Stewart D. Aaron
                                     Susan L. Shin
                                  399 Park Avenue
                                  New York, New York  10022
                                  Tel. No. 212 715-1000
                                  Fax No. 212 715-1399

                                  *Attorneys for Defendants  Flagstar Bank, FSB;*
                                  *Flagstar Capital Markets Corporation; and*
                                  *Flagstar ABS, LLC*